**EXHIBIT B**

1  MCGUIREWOODS LLP
   DAVID S. REIDY SBN #225904
2  Two Embarcadero Center
   Suite 1300
3  San Francisco, CA 94111-3821
   Telephone: (415) 844-9944
4  Facsimile: (415) 844-9922

5  K. Issac deVyver
   Karla L. Johnson
6  EQT Plaza
   625 Liberty Avenue
7  Pittsburgh, PA 15222
   Telephone: (412) 667-6000
8  Facsimile: (412) 667-6050

9  Sara F. Holladay-Tobias
   50 North Laura Street, Suite 3300
10 Jacksonville, FL 32202
   Telephone: (904) 798-3200
11 Facsimile: (904) 798-3207

12 *Attorneys for Defendant*
   Wells Fargo Bank, N.A.
13

14         SUPERIOR COURT OF THE STATE OF CALIFORNIA
15              FOR THE COUNTY OF SAN FRANCISCO
16

17 VANA FOWLER, individually and on behalf    CASE NO. CGC-17-557482
   of all others similarly situated,,
18                                             **NOTICE OF FILING NOTICE OF
                  Plaintiff,                   REMOVAL**
19
         vs.
20                                             Complaint Filed: March 9, 2017
   WELLS FARGO BANK, N.A.,
21
                  Defendant.
22

23         TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

24         PLEASE TAKE NOTICE that a Notice of Removal of this action was filed in the United

25 States District Court for the Northern District of California on April 14, 2017. A true and correct

26 copy of the Notice of Removal is attached hereto as **Exhibit 1.**

27         Defendant served a copy of the Notice of Removal and accompanying exhibits on counsel

28 for Plaintiff.

                                          1
                      NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. § 1446(d), the filing of the Notice of Removal in the United States District Court, together with the filing of this Notice, results in the removal of this action to Federal Court and deprives this Court of jurisdiction to proceed any further in this case.

DATED: April 14, 2017

Respectfully submitted,

MCGUIREWOODS LLP

By: _____
David S. Reidy
Attorneys for Defendant
Wells Fargo Bank, N.A.