|   |   |
|---|---|
| 1 | **UNITED STATES DISTRICT COURT** |
| 2 | **NORTHERN DISTRICT OF CALIFORNIA** |

VANA FOLWER )
                              ) Case No: 3:17-cv-02092-HSG
          Plaintiff(s), )
                              ) **APPLICATION FOR**
      v.                         ) **ADMISSION OF ATTORNEY**
                              ) **PRO HAC VICE**
WELLS FARGO BANK, N.A. ) (CIVIL LOCAL RULE 11-3)
                              )
          Defendant(s). )

    I, Karla L. Johnson, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Wells Fargo Bank, N.A. in the above-entitled action. My local co-counsel in this case is David S. Reidy, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| McGuireWoods, EQT Plaza, 625 Liberty Ave., 23rd Floor, Pittsburgh, PA 15222 | McGuireWoods, Two Emarcadero Center, Suite 1300, San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (412) 667-6000 | (415) 844-9944 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| kjohnson@mcguirewoods.com | dreidy@mcguirewoods.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 307031.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 05/02/17                                       Karla L. Johnson
                                                                    APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

    IT IS HEREBY ORDERED THAT the application of Karla L. Johnson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 5/3/2017                                   *Haywood S. Gill Jr.*
                                                UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Karla Lynn Johnson, Esq.*

### DATE OF ADMISSION

*October 26, 2009*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: May 2, 2017

Patricia A. Nicola
Chief Clerk