# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

VANA FOLWER

       Plaintiff(s),

   v.

WELLS FARGO BANK, N.A.

       Defendant(s).

)
)
)
)
)
)
)
)
)
)

Case No: 3:17-cv-02092-HSG

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

  I, K. Issac deVyver, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: Wells Fargo Bank, N.A. in the above-entitled action. My local co-counsel in this case is David S. Reidy, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| McGuireWoods, EQT Plaza, 625 Liberty Ave., 23rd Floor, Pittsburgh, PA 15222 | McGuireWoods, Two Emarcadero Center, Suite 1300, San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (415) 667-6000 | (415) 844-9944 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| kdevyver@mcguirewoods.com | dreidy@mcguirewoods.com |

  I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 202655.

  A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

  ***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: 05/02/17

           K. Issac deVyver
            APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

  IT IS HEREBY ORDERED THAT the application of K. Issac deVyver is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 5/3/2017

            Haywood S. Gilliam Jr.
        UNITED STATES DISTRICT/MAGISTRATE JUDGE



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

## K. Issac deVyver, Esq.

**DATE OF ADMISSION**

*June 8, 2006*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated: May 2, 2017**

Patricia A. Nicola
Chief Clerk