ROBINS KAPLAN LLP
Michael F. Ram, CSB #104805
mram@rocklawcal.com
Susan S. Brown, CSB #287986
sbrown@rocklawcal.com
2440 W El Camino Real
Suite 100
Mountain View, CA 94040
Telephone: (650) 784-4040
Telefacsimile: (650) 784-4041

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANA FOWLER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br>WELLS FARGO BANK, N.A.,,<br><br>Defendants. | Case No. 4:17-cv-02092-HSG<br><br>**STIPULATION RE: BRIEFING AND HEARING SCHEDULE FOR MOTION TO DISMISS & ORDER**<br><br>Honorable Haywood S. Gilliam, Jr.<br><br>Complaint Filed: March 9, 2017<br>Removed to this Court: April 14, 2017 |

Pursuant to Federal Rules of Civil Procedure and Civil Local Rules, Plaintiff Vana Fowler ("Plaintiff") through counsel, with the agreement of counsel for Defendant Wells Fargo Bank, N.A. ("Defendant"), respectfully submit the following Stipulation re: Briefing and Hearing Schedule.

**RECITALS**

WHEREAS, Plaintiff filed her Complaint against Defendant on March 9, 2017 and served Defendant with the Complaint on or about March 15, 2017;

WHEREAS, Defendant removed this case from the Superior Court of California to the United States District Court for the Northern District of California on April 14, 2017;

WHEREAS, Defendant filed its Motion to Dismiss on May 5, 2017;

WHEREAS, Counsel for Plaintiff conferred with counsel for Defendant and in light of the complexity of the issues counsel for Defendant have agreed to the requested Briefing and Hearing Schedule;

WHEREAS, No party will be prejudiced by the requested Briefing and Hearing Schedule;

## STIPULATION

THEREFORE, the Parties agree through their respective attorneys to the following:

1. Plaintiff's Opposition to Defendant's Motion to Dismiss will be filed on or before June 9, 2017;
2. Defendant's Reply will be filed on or before June 23, 2017;
3. The Motion to Dismiss will be heard on August 24, 2017 at 2:00 pm;
4. In the interest of judicial economy and for the convenience of the parties, the parties jointly request that the Court vacate the case management conference scheduled for August 1, 2017 or consolidate the case management conference with the August 24, 2017 hearing on the motion to dismiss.
5. The only prior extension of time in this action was a 14-day extension of time for Defendant to respond to the Complaint;
6. All other signatories listed, and on whose behalf the filing is submitted, concur with the content in this Stipulation and have authorized the filing.

Respectfully submitted,

DATED: 5/18/2017      ROBINS KAPLAN LLP

By: /s/ Michael F. Ram
Michael F. Ram

ROBINS KAPLAN LLP
Michael F. Ram, CSB #104805
Susan S. Brown, CSB #287986
2440 W El Camino Real Suite 100
Mountain View, CA 94040
Telephone: (650) 784-4040
Facsimile: (650) 784-4041

EPPS, HOLLOWAY, DELOACH & HOIPKEMIER, LLC.
Adam L. Hoipkemier

*ATTORNEYS FOR PLAINTIFFS*

| | |
|---|---|
| DATED: 5/18/2017 | MCGUIREWOODS LLP |
| | By: /s/ Issac DeVyver |
| | K. Issac deVyver |

DAVID S. REIDY SBN #225904
MCGUIREWOODS LLP
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111-3821
Telephone: (415) 844-9944
Facsimile: (415) 844-9922

K. Issac deVyver *(admitted pro hac vice)*
Karla L. Johnson *( admitted pro hac vice)*
EQT Plaza
625 Liberty A venue
Pittsburgh, PA 15222
Telephone: (412) 667-6000
Facsimile: (412) 667-6050

Sara F. Holladay-Tobias *(pro hac vice* to be filed)
50 North Laura Street, Suite 3300
Jacksonville, FL 32202
Telephone: (904) 798-3200
Facsimile: (904) 798-3207

*ATTORNEYS FOR DEFENDANT*
*WELLS FARGO BANK, N.A.*

## **ORDER**

GOOD CAUSE APPEARING, IT IS SO ORDERED that the case management conference is continued to August 24, 2017, at 2:00 p.m., to be heard along with the motion to dismiss.

DATED: May 18, 2017

_____
UNITED STATES DISTRICT JUDGE
HON. HAYWOOD S. GILLIAM, JR.