|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

VANA FOLWER )
                                   Plaintiff(s), )
v. )
WELLS FARGO BANK, N.A. )
                                   Defendant(s). )

Case No: 3:17-cv-02092

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Sara F. Holladay-Tobias, an active member in good standing of the bar of Florida, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Wells Fargo Bank, N.A. in the above-entitled action. My local co-counsel in this case is David S. Reidy, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| McGuireWoods, LLP, 50 N. Laura Street, Suite 3300, Jacksonville, FL 32202 | McGuireWoods, Two Emarcadero Center, Suite 1300, San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (904) 798-3200 | (415) 844-9944 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| stobias@mcguirewoods.com | dreidy@mcguirewoods.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 26225.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/01/17                                Sara F. Holladay-Tobias
                                                                                     APPLICANT

---

### ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Sara F. Holladay-Tobias is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/5/2017                                Haywood S. Gill, Jr.
                                                       UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
www.FLORIDABAR.org

State of Florida )

County of Leon )

In Re: 26225
Sara F. Holladay-Tobias
McGuire Woods, LLP
50 N. Laura St., Ste. 3300
Jacksonville, FL 32202-3661

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on September 21, 2006.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this 18th day of May, 2017.

Pam Gerard, Manager
Membership Records Dept.
The Florida Bar

PG/LJ:ksw2:R10