MCGUIREWOODS LLP
DAVID S. REIDY SBN #225904
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111-3821
Telephone: (415) 844-9944
Facsimile: (415) 844-9922

K. Issac deVyver (appearing *pro hac vice*)
Karla L. Johnson (appearing *pro hac vice*)
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222-3142
Telephone: (412) 667-6000
Facsimile: (412) 667-6050

Sara F. Holladay-Tobias (appearing *pro hac vice*)
50 North Laura Street, Suite 3300
Jacksonville, FL 32202
Telephone: (904) 798-3200
Facsimile: (904) 798-3207

Attorneys for Defendant
Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| VANA FOWLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | CASE NO. 4:17-cv-02092-HSG<br><br>**JOINT STIPULATION TO STAY DEADLINES IN SCHEDULING ORDER PENDING MEDIATION AND [PROPOSED] ORDER**<br><br>The Hon. Haywood S. Gilliam, Jr. |

| | |
|---|---|
| 1 | Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Vana Fowler and Defendant Wells |
| 2 | Fargo Bank, N.A., hereby stipulate through their respective counsel of record as follows: |
| 3 | WHEREAS, on October 9, 2017, the parties submitted a Stipulated Case Schedule [D.E. |
| 4 | 49]; |
| 5 | WHEREAS, on October 13, 2017, the Court issued a Scheduling Order [D.E. 50]; |
| 6 | WHEREAS, the parties have agreed to mediate this case before Hon. Daniel Weinstein |
| 7 | (Ret.) on January 15, 2018; |
| 8 | WHEREAS, the parties believe a stay of all deadlines in this case will aid the parties in |
| 9 | their efforts to resolve this litigation and avoid any unnecessary time and expense associated with |
| 10 | meeting the existing deadlines in the event this case is resolved at mediation; |
| 11 | WHEREAS, the parties have exchanged sufficient written discovery, including class |
| 12 | discovery, to have informed and productive settlement discussions; |
| 13 | WHEREAS, the parties believe that it will be more productive for the parties to focus on |
| 14 | mediation, rather than incurring the cost and expense of additional discovery, including |
| 15 | depositions and expert discovery; |
| 16 | WHEREAS, the next deadlines in this case are Amendment of Pleadings due December |
| 17 | 11, 2017; Plaintiff's Expert Report due December 31, 2017; Close of Fact Discovery due January |
| 18 | 19, 2018; and Defendant's Expert Report due January 31, 2017 [D.E. 50]; |
| 19 | WHEREAS, if the parties are unable to fully resolve this case at mediation, the Parties will |
| 20 | submit a proposed schedule to the Court no later than one week following mediation to address |
| 21 | any deadlines affected by this stay; |
| 22 | WHEREAS, the parties have not previously requested an extension of the deadlines in the |
| 23 | Scheduling Order and have mutually agreed to the proposed stay; |
| 24 | NOW THEREFORE the parties through their undersigned counsel hereby stipulate to, and |
| 25 | respectfully request the Court to order, that the deadlines set forth in the Court's Scheduling Order |
| 26 | [D.E. 50] be stayed until the parties complete mediation on January 15, 2018. |
| 27 | **IT IS SO STIPULATED.** |
| 28 | |

DATED: November 20, 2017

| | |
|---|---|
| */s/ Michael F. Ram* | */s/ K. Issac deVyver* |
| Michael F. Ram | K. Issac deVyver |
| Robins Kaplan, LLP | McGuireWoods LLP |
| 2440 W El Camino Real, Suite #100 | Tower Two-Sixty |
| Mountain View, CA 94040 | 260 Forbes Avenue, Suite 1800 |
| | Pittsburgh, PA 15222-3142 |
| *Counsel for Plaintiff Vana Fowler* | *Counsel for Defendant Wells Fargo Bank, N.A.* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 11/21/2017

Honorable Haywood S. Gilliam, Jr.
United States District Judge

## **ATTESTATION**

I, K. Issac de Vyver, am the ECF user whose identification and password are being used to file this Joint Stipulation to Stay Deadlines in Scheduling Order Pending Mediation and [Proposed] Order. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Michael F. Ram concurs in this filing.

DATED: November 20, 2017          McGUIREWOODS LLP

By:    */s/ K. Issac deVyver*