# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Vana Fowler

                Plaintiff(s),

  v.

Wells Fargo Bank, N.A.

                Defendant(s).

Case No: 4:17-cv-02092

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, Samuel J. Strauss, an active member in good standing of the bar of Washington, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Vana Fowler in the above-entitled action. My local co-counsel in this case is Michael F. Ram, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>936 N 34th Street, Suite 300<br>Seattle, WA 98103-8869 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>2440 W El Camino Real, Ste. 100<br>Mountain View, CA 94040 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(608) 237-1774 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 784-4007 |
| MY EMAIL ADDRESS OF RECORD:<br>sam@turkestrauss.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>mram@robinskaplan.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 46971.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/19/17                                   Samuel J. Strauss
                                                                               APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Samuel J. Strauss is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/26/2017                                   *Haywood S. Gill Jr.*
                                                     UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

IN THE MATTER OF THE ADMISSION ) BAR NO. 46971
)
OF ) **CERTIFICATE**
)
SAMUEL JOSEPH STRAUSS ) **OF**
)
TO PRACTICE IN THE COURTS OF THIS STATE ) **GOOD STANDING**
)

I, Susan L. Carlson, Clerk of the Supreme Court of the State of Washington, hereby certify

**SAMUEL JOSEPH STRAUSS**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on December 3, 2013, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 14th day of December, 2017.

Susan L. Carlson
Supreme Court Clerk
Washington State Supreme Court