MCGUIREWOODS LLP
DAVID S. REIDY SBN #225904
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111-3821
Telephone: (415) 844-9944
Facsimile: (415) 844-9922

K. Issac deVyver (appearing *pro hac vice*)
Karla L. Johnson (appearing *pro hac vice*)
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222-3142
Telephone: (412) 667-6000
Facsimile: (412) 667-6050

Sara F. Holladay-Tobias (appearing *pro hac vice*)
50 North Laura Street, Suite 3300
Jacksonville, FL 32202
Telephone: (904) 798-3200
Facsimile: (904) 798-3207

Attorneys for Defendant
Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| VANA FOWLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | CASE NO. 4:17-cv-02092-HSG<br><br>**JOINT STIPULATION TO EXTEND STAY OF DEADLINES IN SCHEDULING ORDER AND [PROPOSED] ORDER**<br><br>The Hon. Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Vana Fowler and Defendant Wells Fargo Bank, N.A., hereby stipulate through their respective counsel of record as follows:

WHEREAS, on November 17, 2017, the Court issued an Order staying the case pending mediation on January 15, 2018 ("Stay Order") [D.E. 57];

WHEREAS, the Parties mediated this case before Hon. Daniel Weinstein (Ret.) on January 15, 2018;

WHEREAS, the Stay Order provides that the Parties are to submit a revised scheduling order within one week of mediation if the case is not fully resolved at mediation;

WHEREAS, the Parties did not fully resolve the case, but made sufficient progress at mediation that extending the stay through February 23, 2018 will aid the Parties in their efforts to resolve this litigation, rather than incurring the cost and expense of additional discovery, including depositions and expert discovery;

WHEREAS, the Hon. Daniel Weinstein (Ret.) gave the Parties permission to represent to the Court that he believes an extension of the stay would be beneficial to settlement discussions;

WHEREAS, the Parties will report back to the Court regarding the status of settlement negotiations, or will submit a revised scheduling order to address any deadlines affected by the stay if settlement negotiations reach an impasse, by February 23, 2018;

NOW THEREFORE the parties through their undersigned counsel hereby stipulate to, and respectfully request the Court to order, that the stay of the case be extended through February 23, 2018.

**IT IS SO STIPULATED.**

DATED: January 19, 2018

| | |
|---|---|
| */s/ Adam L. Hoipkemier* | */s/ K. Issac deVyver* |
| Adam L. Hoipkemier | K. Issac deVyver |
| Epps Holloway DeLoach & Hoipkemier LLP | McGuireWoods LLP |
| 6 Concourse Parkway, Suite 2920 | Tower Two-Sixty |
| Atlanta, GA 30328 | 260 Forbes Avenue, Suite 1800 |
| | Pittsburgh, PA 15222-3142 |
| *Counsel for Plaintiff Vana Fowler* | *Counsel for Defendant Wells Fargo Bank, N.A.* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 1/19/18

Honorable Haywood S. Gilliam, Jr.
United States District Judge