MCGUIREWOODS LLP
DAVID S. REIDY SBN #225904
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111-3821
Telephone: (415) 844-9944
Facsimile: (415) 844-9922

K. Issac deVyver (appearing *pro hac vice*)
Karla L. Johnson (appearing *pro hac vice*)
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222-3142
Telephone: (412) 667-6000
Facsimile: (412) 667-6050

Sara F. Holladay-Tobias (appearing *pro hac vice*)
50 North Laura Street, Suite 3300
Jacksonville, FL 32202
Telephone: (904) 798-3200
Facsimile: (904) 798-3207

Attorneys for Defendant
Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| VANA FOWLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | CASE NO. 4:17-cv-02092-HSG<br><br>**JOINT STIPULATION FOR SECOND EXTENSION OF STAY OF DEADLINES IN SCHEDULING ORDER AND [PROPOSED] ORDER**<br><br>The Hon. Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Vana Fowler and Defendant Wells Fargo Bank, N.A., hereby stipulate through their respective counsel of record as follows:

WHEREAS, on November 17, 2017, the Court issued an Order staying the case pending mediation on January 15, 2018 ("Stay Order") [D.E. 57];

WHEREAS, the Parties mediated this case before Hon. Daniel Weinstein (Ret.) on January 15, 2018;

WHEREAS, the Parties did not fully resolve the case, but made sufficient progress at mediation that they requested an extension of the stay through February 23, 2018 to continue settlement negotiations, and the Court entered an Order extending the stay on January 19, 2018 [D.E. 66];

WHEREAS, the Parties remain in ongoing discussions regarding the terms of a potential settlement and need to pull additional information and data to continue the settlement discussions;

WHEREAS, the Parties request a final, thirty-day extension of the stay to continue settlement discussions without the added expense of litigation and discovery;

WHEREAS, the Parties will submit a proposed briefing scheduling if a class settlement is reached, or a scheduling order to address any deadlines affected by the stay if settlement negotiations reach an impasse, by March 26, 2018;

NOW THEREFORE the parties through their undersigned counsel hereby stipulate to, and respectfully request the Court to order, that the stay of the case be extended through March 26, 2018.

**IT IS SO STIPULATED.**

DATED: February 23, 2018

*/s/ Adam L. Hoipkemier*
Adam L. Hoipkemier
Epps Holloway DeLoach & Hoipkemier LLP
6 Concourse Parkway, Suite 2920
Atlanta, GA 30328

*Counsel for Plaintiff Vana Fowler*

*/s/ K. Issac deVyver*
K. Issac deVyver
McGuireWoods LLP
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222-3142

*Counsel for Defendant Wells Fargo Bank, N.A.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 2/26/2018

*Haywood S. Gilliam Jr.*
Honorable Haywood S. Gilliam, Jr.
United States District Judge