1  MCGUIREWOODS LLP
   DAVID S. REIDY SBN #225904
2  Two Embarcadero Center
   Suite 1300
3  San Francisco, CA  94111-3821
   Telephone: (415) 844-9944
4  Facsimile: (415) 844-9922

5  K. Issac deVyver (appearing *pro hac vice*)
   Karla L. Johnson (appearing *pro hac vice*)
6  Tower Two-Sixty
   260 Forbes Avenue, Suite 1800
7  Pittsburgh, PA 15222-3142
   Telephone: (412) 667-6000
8  Facsimile: (412) 667-6050

9  Sara F. Holladay-Tobias (appearing *pro hac vice*)
   50 North Laura Street, Suite 3300
10 Jacksonville, FL 32202
   Telephone: (904) 798-3200
11 Facsimile: (904) 798-3207

12 Attorneys for Defendant
   Wells Fargo Bank, N.A.
13

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| VANA FOWLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | CASE NO. 4:17-cv-02092-HSG<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO EXTEND STAY OF CASE DEADLINES AND [PROPOSED] ORDER**<br><br>The Hon. Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Vana Fowler and Defendant Wells Fargo Bank, N.A., hereby stipulate through their respective counsel of record as follows:

WHEREAS, on November 17, 2017, the Court issued an Order staying the case pending mediation on January 15, 2018 ("Stay Order") [D.E. 57];

WHEREAS, the Parties mediated this case before Hon. Daniel Weinstein (Ret.) on January 15, 2018;

WHEREAS, the Parties did not fully resolve the case at mediation, but made sufficient progress that they requested an extension of the stay to continue settlement negotiations and the Court extended the stay through March 26, 2018 pursuant to the Parties' stipulation [D.E. 69];

WHEREAS, the Parties notify the Court that they have reached a tentative agreement to settle the case on a classwide basis, subject to documentation;

WHEREAS, the Parties are in the process of drafting settlement documentation and associated pleadings and expect to be in position to file a motion for preliminary approval of the settlement by May 10, 2018, including a proposed schedule for other settlement-related filings, hearings, and notices;

NOW THEREFORE the parties through their undersigned counsel hereby stipulate to, and respectfully request the Court to order, that the stay of case deadlines be extended pending the Court's consideration of the settlement agreement under Federal Rule 23.

**IT IS SO STIPULATED.**

DATED: March 26, 2018

*/s/ Adam L. Hoipkemier*_____  
Adam L. Hoipkemier  
Epps Holloway DeLoach & Hoipkemier LLP  
6 Concourse Parkway, Suite 2920  
Atlanta, GA 30328

Michael F. Ram  
Susan S. Brown  
Robins Kaplan LLP  
2440 W. El Camino Real, Suite 100  
Mountainview, CA 94040

*Counsel for Plaintiff Vana Fowler*

*/s/ K. Issac deVyver*_____  
K. Issac deVyver  
McGuireWoods LLP  
Tower Two-Sixty  
260 Forbes Avenue, Suite 1800  
Pittsburgh, PA 15222-3142

*Counsel for Defendant Wells Fargo Bank, N.A.*

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4 | Dated: _____

Honorable Haywood S. Gilliam, Jr.
United States District Judge

**ATTESTATION**

I, Adam L. Hoipkemier, am the ECF user whose identification and password are being used to file this Notice of Settlement and Stipulation to Extend Stay of Case Deadlines and [Proposed] Order. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Issac K. DeVyvver concurs in this filing.

DATED: March 26, 2018

By: */s/ Adam L. Hoipkemier*
    Adam L. Hoipkemier