MCGUIREWOODS LLP
DAVID S. REIDY SBN #225904
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111-3821
Telephone: (415) 844-9944
Facsimile: (415) 844-9922

K. Issac deVyver (appearing *pro hac vice*)
Karla L. Johnson (appearing *pro hac vice*)
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222-3142
Telephone: (412) 667-6000
Facsimile: (412) 667-6050

Sara F. Holladay-Tobias (appearing *pro hac vice*)
50 North Laura Street, Suite 3300
Jacksonville, FL 32202
Telephone: (904) 798-3200
Facsimile: (904) 798-3207

Attorneys for Defendant
Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| VANA FOWLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | CASE NO. 4:17-cv-02092-HSG<br><br>**JOINT STIPULATION TO EXTEND STAY OF CASE DEADLINES AND ORDER**<br><br>The Hon. Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Vana Fowler and Defendant Wells Fargo Bank, N.A., hereby stipulate through their respective counsel of record as follows:

WHEREAS, on November 17, 2017, the Court issued an Order staying the case pending mediation on January 15, 2018 ("Stay Order") [D.E. 57];

WHEREAS, the Parties mediated this case before Hon. Daniel Weinstein (Ret.) on January 15, 2018;

WHEREAS, the Parties did not fully resolve the case at mediation, but made sufficient progress that they requested an extension of the stay to continue settlement negotiations and the Court extended the stay through March 26, 2018 pursuant to the Parties' stipulation [D.E. 69];

WHEREAS, the Parties notified the Court by stipulation dated March 26, 2018 that they had reached an agreement to settle the case on a classwide basis, subject to documentation;

WHEREAS, the Parties are in the final stages of preparing settlement documentation and negotiating bids for class administration services, and expect to be in position to file a motion for preliminary approval of the settlement by May 24, 2018, including a proposed schedule for other settlement-related filings, hearings, and notices;

NOW THEREFORE the parties through their undersigned counsel hereby stipulate to, and respectfully request the Court to order, that the stay of case deadlines be extended pending the Court's consideration of the settlement agreement under Federal Rule 23.

**IT IS SO STIPULATED.**

DATED: May 10, 2018

| | |
|---|---|
| */s/ Adam L. Hoipkemier* | */s/ K. Issac deVyver* |
| Adam L. Hoipkemier | K. Issac deVyver |
| Epps Holloway DeLoach & Hoipkemier LLP | McGuireWoods LLP |
| 6 Concourse Parkway, Suite 2920 | Tower Two-Sixty |
| Atlanta, GA 30328 | 260 Forbes Avenue, Suite 1800 |
| | Pittsburgh, PA 15222-3142 |
| Michael F. Ram | |
| Susan S. Brown | *Counsel for Defendant Wells Fargo Bank, N.A.* |
| Robins Kaplan LLP | |
| 2440 W. El Camino Real, Suite 100 | |
| Mountainview, CA 94040 | |
| | |
| *Counsel for Plaintiff Vana Fowler* | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 10, 2018

*[signature: Haywood S. Gilliam, Jr.]*
Honorable Haywood S. Gilliam, Jr.
United States District Judge

## **ATTESTATION**

I, Adam L. Hoipkemier, am the ECF user whose identification and password are being used to file this Joint Stipulation to Extend Stay of Case Deadlines and [Proposed] Order. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Issac K. DeVyvver concurs in this filing.

DATED: May 10, 2018

By: <u>*/s/ Adam L. Hoipkemier*</u><br>Adam L. Hoipkemier