MCGUIREWOODS LLP
DAVID S. REIDY SBN #225904
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111-3821
Telephone: (415) 844-9944
Facsimile: (415) 844-9922

K. Issac deVyver (appearing *pro hac vice*)
Karla L. Johnson (appearing *pro hac vice*)
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222-3142
Telephone: (412) 667-6000
Facsimile: (412) 667-6050

Sara F. Holladay-Tobias (appearing *pro hac vice*)
50 North Laura Street, Suite 3300
Jacksonville, FL 32202
Telephone: (904) 798-3200
Facsimile: (904) 798-3207

Attorneys for Defendant
Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| VANA FOWLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | CASE NO. 4:17-cv-02092-HSG<br><br>**JOINT STIPULATION TO SCHEDULE**<br><br>The Hon. Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Vana Fowler and Michael Peters and Defendant Wells Fargo Bank, N.A., hereby stipulate through their respective counsel of record as follows:

WHEREAS, on August 22, 2018, the Court issued an Order preliminarily approving the parties' class settlement agreement s ("Preliminary Approval Order") [D.E. 85]; and

WHEREAS, the Court directed counsel to meet and confer and stipulate to dates for certain events detailed in the Preliminary Approval Order.

NOW THEREFORE the parties through their undersigned counsel hereby stipulate to the following dates:

| Event | Date |
|---|---|
| Deadline for Settlement Administrator to mail notice to all class members | October 5, 2018 |
| Filing deadline for attorneys' fees and costs motion | October 5, 2018 |
| Filing deadline for incentive payment motion | October 5, 2018 |
| Deadline for class members to opt out or object to settlement and/or application for attorneys' fees and costs and incentive payment | November 20, 2018 |
| Filing deadline for final approval motion | December 6, 2018 |
| Final fairness hearing and hearing on motions | December 20, 2018 |

**IT IS SO STIPULATED.**

DATED: August 24, 2018

| | |
|---|---|
| */s/ Adam L. Hoipkemier* | */s/ K. Issac deVyver* |
| Adam L. Hoipkemier | K. Issac deVyver |
| Epps Holloway DeLoach & Hoipkemier LLP | McGuireWoods LLP |
| 6 Concourse Parkway, Suite 2920 | Tower Two-Sixty |
| Atlanta, GA 30328 | 260 Forbes Avenue, Suite 1800 |
| | Pittsburgh, PA 15222-3142 |
| *Counsel for Plaintiff Vana Fowler* | *Counsel for Defendant Wells Fargo Bank, N.A.* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 8/27/2018

Honorable Haywood S. Gilliam, Jr.
United States District Judge