MCGUIREWOODS LLP
DAVID S. REIDY SBN #225904
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111-3821
Telephone: (415) 844-9944
Facsimile: (415) 844-9922

K. Issac deVyver (appearing *pro hac vice*)
Karla L. Johnson (appearing *pro hac vice*)
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222-3142
Telephone: (412) 667-6000
Facsimile: (412) 667-6050

Sara F. Holladay-Tobias (appearing *pro hac vice*)
50 North Laura Street, Suite 3300
Jacksonville, FL 32202
Telephone: (904) 798-3200
Facsimile: (904) 798-3207

Attorneys for Defendant
Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| VANA FOWLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | CASE NO. 4:17-cv-02092-HSG<br><br>**JOINT STIPULATION TO FORM OF NOTICE**<br><br>The Hon. Haywood S. Gilliam, Jr. |

| | |
|---|---|
| 1 | Plaintiffs Vana Fowler and Michael Peters and Defendant Wells Fargo Bank, N.A. jointly stipulate to, and request the Court to approve, non-substantive revisions to the form of the short-form ("postcard") notice approved by the Court in the Order Granting Preliminary Approval of Class Settlement ("Preliminary Approval Order") [D.E. 85], as follows: |

Plaintiffs Vana Fowler and Michael Peters and Defendant Wells Fargo Bank, N.A. jointly stipulate to, and request the Court to approve, non-substantive revisions to the form of the short-form ("postcard") notice approved by the Court in the Order Granting Preliminary Approval of Class Settlement ("Preliminary Approval Order") [D.E. 85], as follows:

1.

Plaintiffs submitted a proposed postcard notice to be provided to class members as <u>Exhibit A</u> to the Motion for Preliminary Approval of Class Settlement ("Preliminary Approval Motion") [D.E. 80].

2.

After filing of the Preliminary Approval Motion, the class administrator Garden City Group recommended that the notice be shortened, so as to fit on a standard postcard in 7.5 point font (compared to 7 point font).

3.

In consultation with Garden City Group, counsel agreed to non-substantive changes shortening the postcard notice and submitted a revised form of notice to the Court via e-mail on August 3, 2018. The proposed revised postcard notice is attached as <u>Exhibit 1</u>. A comparison of the original and revised postcard notices is attached as <u>Exhibit 2</u>.

4.

The Preliminary Approval Order approved the form of the original postcard notice submitted with the Preliminary Approval Motion. D.E. 85 at 12. Counsel now understand that the Court does not consider e-mail submissions.

5.

The parties file this joint stipulation for the purpose of submitting the revised postcard notice attached as <u>Exhibit 1</u> for the Court's consideration and approval for distribution to the class.

**IT IS SO STIPULATED.**

DATED: August 24, 2018

| | |
|---|---|
| */s/ Adam L. Hoipkemier* | */s/ K. Issac deVyver* |
| Adam L. Hoipkemier | K. Issac deVyver |
| Epps Holloway DeLoach & Hoipkemier LLP | McGuireWoods LLP |
| 6 Concourse Parkway, Suite 2920 | Tower Two-Sixty |
| Atlanta, GA 30328 | 260 Forbes Avenue, Suite 1800 |
| | Pittsburgh, PA 15222-3142 |
| *Counsel for Plaintiff Vana Fowler* | *Counsel for Defendant Wells Fargo Bank, N.A.* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 8/27/2018

Honorable Haywood S. Gilliam, Jr.
United States District Judge

**Important Notice About
Mortgage Pre-Payment Settlement**

**If You Prepaid an FHA-Insured Loan With Wells Fargo on a Day Other Than the First of the Month, You May Be Eligible For a Payment from a Class Action Settlement.**

*THIS NOTICE MAY AFFECT YOUR LEGAL RIGHTS. PLEASE READ IT CAREFULLY.*

**This is an official court notice from the United States District Court for the Northern District of California, *Fowler, et al. v. Wells Fargo Bank, N.A.,* Case No. 4:17-cv-02092-HSG**

*Fowler, et al v. Wells Fargo Bank, N.A.*
c/o GCG
PO Box 10644
Dublin, OH 43017-9244

1234567890



Claimant ID: MMMMM011111111
Control No: 1234567890
JANE CLAIMANT
123 4TH AVE
APT 5
SEATTLE, WA  67890

***This Notice is only a summary of your legal rights and choices. For more complete information, please read the full Notice, which you can obtain by visiting www.FHASettlement.com.***

A Settlement has been reached in a class action lawsuit about the collection of interest by Wells Fargo Bank, N.A. ("WFB") on FHA-insured loans paid off early for which WFB served as mortgagee. *Fowler, et al. v. Wells Fargo Bank, N.A.*, is pending in the United States District Court ("USDC") for the Northern District of California and alleges that WFB breached the promissory notes underlying class member's FHA-insured home loans when it collected post-payment interest (i.e., interest for the remainder of the month during which the loan was paid off) without providing a certain type of disclosure to borrowers. To settle the case and avoid the costs and risks of litigation, the parties have agreed as described.

**Please go to www.FHA Settlement.com to obtain more information about the Settlement and to see the Settlement Agreement.**

**Why am I being contacted?** WFB's records show that you are likely a member of the Settlement Class. The Class generally includes all persons nationwide who had an FHA-Insured Loan that was originated beginning June 1, 1996 and ending January 20, 2015, where (i) WFB, its agent, or its predecessor was the mortgagee as of the date the total amount due on the FHA-Insured Loan was brought to zero, (ii) WFB collected Post-Payment Interest on the FHA-insured Loan during the applicable Limitations Period, and (iii) the borrower made a prepayment inquiry, request for payoff figures, or tender of prepayment but did not receive a Payoff Statement containing certain language.

**What are the Settlement terms?** WFB has agreed to deposit $30,000,000 into an escrow fund for payment of settlement expenses, attorneys' fees and costs, awards to class representatives, and distribution to Class Members.

**How much will my Settlement payment be?** If you do not exclude yourself from the Settlement (see **Your Rights May Be Affected**, below), you will automatically receive a check. To determine the amount of each Settlement Class Member's distribution, the "Net Settlement Fund" will be calculated by deducting the costs of settlement administration, attorneys' fees, class representative awards, and expenses authorized by the Court, from the Settlement Fund. For each Settlement Class Member, the Administrator will divide the amount of Post-Payment Interest WFB collected from that Settlement Class Member by the total amount of Post-Payment Interest that collected from all Settlement Class Members, to arrive at a pro rata percentage. For each Settlement Class Member, the Administrator will multiply the pro rata percentage by the Net Settlement Fund, with the calculation constituting the distribution for that Settlement Class Member. The Net Settlement Fund remaining following the first round of payments will be re-apportioned and distributed to Settlement Class Members who cashed their first check, again on a pro rata basis.

**Your Rights May Be Affected.** If you do not take action to exclude yourself, you will be bound by the terms of the Settlement Agreement, including its Releases. If you do not want to be legally bound by the Settlement, you must ask (in writing) to be excluded, by [**date xx,xxxx**]. If you stay in the Settlement Class, you may object to the settlement (in writing) by [**date xx,xxxx**]. The Court will schedule a hearing to consider whether to approve the Settlement and a request for attorneys' fees, costs, and expenses, plus a special payment to the Class Representatives. You can appear at the hearing, but you do not have to. You can hire your own attorney, at your own expense, to appear or speak for you at the hearing. Visit **www.FHASettlement.com** to learn more about how to exclude yourself from or object to the Settlement.

**When will the hearing be held to determine approval of the Settlement, and where?** The USDC for the Northern District of California will schedule the final fairness hearing to take place at the United States Courthouse at 1301 Clay Street, Oakland, California 94612, to decide whether to approve: (1) the Settlement, (2) Class Counsel's request for attorneys' fees and expenses, and a service payment to the Class Representatives. Once the date and time are determined, it will be available on the settlement website.

**Who are the lawyers for the Class?** The Court has appointed Epps Holloway DeLoach & Hoipkemier LLP and Robins Kaplan LLP as Class Counsel.

*Fowler, et al v. Wells Fargo Bank, N.A.*
[Address] c/o GCG
PO Box 10644
Dublin, OH 43017-9244

POSTAGE

Address Block

# Important Notice About
# Mortgage Pre-Payment Settlement

# If You Prepaid an FHA-Insured Loan With Wells Fargo on a Day Other Than the First of the Month, You May Be Eligible For a Payment from a Class Action Settlement.

***THIS NOTICE MAY AFFECT YOUR LEGAL RIGHTS. PLEASE READ IT CAREFULLY.***

**This is an official court notice from the United States District Court for the Northern District of California,** *Fowler, et al. v. Wells Fargo Bank, N.A.,* **Case No. 3:17-cv-02092-HSG**

A Settlement has been reached in a class action lawsuit about the collection of interest by Wells Fargo Bank, N.A. ("Wells FargoWFB") on FHA-insured loans paid off early for which Wells FargoWFB served as mortgagee or servicer. The lawsuit, *Fowler, et al. v. Wells Fargo Bank, N.A.*, is pending in the United States District Court ("USDC") for the

Northern District of California. ~~This lawsuit~~ and alleges that ~~Wells Fargo~~WFB breached the promissory notes underlying ~~the~~ class member's FHA-insured home loans when it collected post-payment interest (i.e., interest for the remainder of the month during which the loan was paid off) without providing a certain type of disclosure to borrowers. To settle the case and avoid the costs and risks of litigation, the parties have agreed to a settlement.

**Please go to [webaddress]www.FHA_Settlement.com to obtain more information about the Settlement and to see the Settlement Agreement.**

**Why am I being contacted?** ~~Wells Fargo~~WFB's records show that you are likely a member of the Settlement Class. ~~With some limited exceptions, described below,~~ tThe Class generally includes all persons nationwide who had an FHA-Insured Loan that was originated beginning June 1, 1996 and ending January 20, 2015, where (i) ~~Wells Fargo~~WFB, its agent, or its predecessor was the mortgagee as of the date the total amount due on the FHA-Insured Loan was brought to zero, (ii) ~~Wells Fargo~~WFB collected Post-Payment Interest on the FHA-insured Loan during the applicable Limitations Period, and (iii) the borrower made a prepayment inquiry, request for payoff figures, or tender of prepayment but did not receive a Payoff Statement containing certain language.

**What are the Settlement terms?** ~~Wells Fargo~~WFB has agreed to deposit $30,000,000 into an escrow fund for payment of settlement expenses, attorneys' fees and costs, awards to class representatives, and distribution to Class Members ~~by Garden City Group, the Settlement Administrator.~~ .

**How much will my Settlement payment be?** If you do not exclude yourself from the Settlement (see **Your Rights May Be Affected**, below), you will automatically receive a check ~~from the Settlement Administrator~~. To determine the amount of each Settlement Class Member's distribution, the ~~Settlement Administrator will calculate the~~ "Net Settlement Fund" will be calculated by deducting the costs of settlement administration, attorneys' fees, class representative awards, and expenses authorized by the Court, from the Settlement Fund. For each Settlement Class Member, the ~~Settlement~~ Administrator will divide the amount of Post-Payment Interest ~~Wells Fargo~~WFB collected from that Settlement Class Member by the total amount of Post-Payment Interest that ~~Wells Fargo~~WFB collected from all Settlement Class Members, to arrive at a pro rata percentage. For each Settlement Class Member, the ~~Settlement~~ Administrator will multiply the pro rata percentage by the Net Settlement Fund, with the calculation constituting the distribution for that Settlement Class Member. The Net Settlement Fund remaining following the first round of payments will be re-apportioned and distributed to Settlement Class Members who cashed their first check, again on a pro rata basis.

*~~This Notice is only a summary of your legal rights and choices. For more complete information, please read the full Notice, which you can obtain by visiting www.___.com.~~*

**Your Rights May Be Affected.** If you do not take action to exclude yourself ~~from the Settlement~~, you will be bound by the terms of the Settlement Agreement, including its Releases. If you do not want to be legally bound by the Settlement, you must ask (in writing) to be excluded ~~from the Settlement class~~, postmarked by [**date xx, xxxx**]. If you stay in the Settlement Class, you may object to the settlement (in writing) by [**date xx, xxxx**]. The ~~United States District Court for the Northern District of California~~Court will schedule a hearing to consider whether to approve the Settlement and a request for attorneys' fees, costs, and expenses, plus a special payment to the Class Representatives. You can appear at the hearing, but you do not have to. You can hire your own attorney, at your own expense, to appear or speak for you at the hearing. Visit [webaddress]www.FHASettlement.com to learn more about how to exclude yourself from or object to the Settlement.

**When will the hearing be held to determine approval of the Settlement, and where?** The ~~United States District Court~~USDC for the Northern District of California will schedule the final fairness hearing to take place at the United States Courthouse at 1301 Clay Street, Oakland, California 94612, to decide whether to approve: (1) the Settlement, (2) Class Counsel's request for attorneys' fees and expenses, and a service payment to the Class Representatives. Once the date and time are determined, it will be available on the settlement website.

**Who are the lawyers for the Class?** The Court has appointed ~~the law firms of~~ Epps Holloway DeLoach & Hoipkemier LLP and Robins Kaplan LLP as Class Counsel.

*~~This Notice is only a summary of your legal rights and choices. For more complete information, please read the full Notice, which you can obtain by visiting www.FHASettlement.com.~~*

Document comparison by Workshare 9 on Friday, July 13, 2018 1:15:10 PM

| **Input:** | |
|---|---|
| Document 1 ID | interwovenSite://DMSPROXY/Active/104598132/1 |
| Description | #104598132v1<Active> - ORIGINAL - Draft Postcard Notice |
| Document 2 ID | interwovenSite://DMSPROXY/Active/104598139/1 |
| Description | #104598139v1<Active> - REVISED - Draft Postcard Notice - Revised |
| Rendering set | Standard |

| **Legend:** | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| **Statistics:** |
|---|

|  | Count |
|---|---|
| Insertions | 21 |
| Deletions | 27 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 48 |