1  Michael F. Ram (SBN 104805)
   mram@robinskaplan.com
2  Susan S. Brown (SBN #287986)
   sbrown@robinskaplan.com
3  ROBINS KAPLAN LLP
   2440 West El Camino Real, Suite 100
4  Mountain View, CA 94040
   Telephone:    650 784 4040
5  Facsimile:    650 784 4041

6  Kevin E. Epps (appearing *pro hac vice*)
   kevin@ehdhlaw.com
7  Adam L. Hoipkemier (appearing *pro hac vice*)
   adam@ehdhlaw.com
8  EPPS, HOLLOWAY, DELOACH &
   HOIPKEMIER, LLC
9  1220 Langford Drive, Bldg. 200
   Watkinsville, GA 30677

10
11 Samuel Strauss (appearing *pro hac vice*)
   sam@turkestrauss.com
12 TURKE & STRAUSS LLP
   613 Williamson Street, Suite 209
13 Madison, Wisconsin 53703-3515

14 *Attorneys for Plaintiffs and Proposed Class*

15          UNITED STATES DISTRICT COURT
16        NORTHERN DISTRICT OF CALIFORNIA
             SAN FRANCISCO DIVISION
17

18 VANA FOWLER and MICHAEL          Case No.  4:17-CV-02092-HSG
   PETERS,
19                                  **DECLARATION OF ADAM
              Plaintiffs,           HOIPKEMIER IN SUPPORT OF MOTION
20                                  FOR ATTORNEYS' FEES, EXPENSES,
   v.                               AND SERVICE AWARDS**
21
   WELLS FARGO BANK, N.A.,          Date:    December 20, 2018
22                                  Time:    2:00 p.m.
              Defendant.            Place:   Courtroom 2, 4th Floor
23
24                                  Judge: Hon. Haywood Gilliam, Jr.
25
26
27
28

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

I, Adam L. Hoipkemier, declare as follows:

1.     I am member in good standing of the State Bar of Georgia, and a partner with the law firm Epps Holloway DeLoach & Hoipkemier LLC (EHDH) based out of Atlanta, Georgia.  I make this Declaration of my own personal knowledge.  If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2.     I submit this Declaration in support of Class Counsel's application for an award of attorneys' fees and expenses and incentive awards to Class Representatives Vana Fowler and Michael Peters.  I have served as lead counsel in this litigation and in *Peters v. Wells Fargo Bank, N.A.*, Case No. 4:18-cv-00136 (S.D. Tex. 2017) ("*Peters*") continuously since the cases were filed in 2017.  I also served as co-lead counsel in a related putative class action against Wells Fargo, *Miller v. Wells Fargo Bank, N.A.*, Case No. 1:16-cv-21145-UU (S.D.Fla.) ("*Miller*"),[1] which was filed in March 2016 and settled on an individual basis in March 2017.

3.     On August 22, 2018, in connection with the Court's order on Plaintiffs' motion for preliminary approval of the settlement in this case, the Court appointed EHDH, Robins Kaplan LLP, and Turke & Strauss LLC to serve as Class Counsel for the settlement class.  D.E. 85.

**I.     Qualifications of Counsel**

1.     I am a 2008 graduate of the University of Georgia School of Law.  My practice is focused on representing consumers in class actions.  I have been appointed as lead counsel on behalf of plaintiff classes in both state and federal courts.

2.     I am the partner at EHDH who supervises the firm's work regarding the Post-Payment Interest Litigation.  I have personally drafted numerous motions, appeared at conferences and motion hearings before the Court, and actively participated in the mediation and subsequent settlement negotiations concerning the Post-Payment Interest Litigation.

---

[1] This case, *Peters*, and *Miller* are collectively referred to as the "Post-Payment Interest Litigation."

3.      Especially pertinent to this action, I was appointed co-lead counsel in *Dorado v. Bank of America, N.A.*, Case No. 1:16-cv-21147-UU (S.D. Fla.)*,* and *Felix v. Sun Trust Mortgage Company, Inc.*, Case No. 2:16-cv-00066 (N.D. Ga.), which resulted in settlements of postpayment interest claims against Bank America and SunTrust Mortgage Company for $29 million and $3.5 million, respectively.

**II.      The Work Performed and Risks Assumed by Class Counsel**

4.      To date, Class Counsel have expended considerable time and effort vigorously litigating this case.  Class Counsel have collectively devoted thousands of attorney and paralegal hours and $77,889.64 in litigation costs.

5.      EHDH has spent time on this litigation that could have been spent on other matters. EHDH is a small firm with four partners.  At various times during the litigation of this class action, this lawsuit has consumed a substantial percentage of my time that otherwise could have been spent on other fee-generating work for existing clients, including matters billed on an hourly basis.  In addition to a substantial percentage of my time, this case has required significant work by my law partner, Kevin Epps, and by our firm's paralegals and support staff.

6.      Before undertaking the representation, I and my partners carefully weighed our potential benefits and risks from committing to this litigation.  Since plaintiffs were not willing or able to retain counsel on an hourly basis to purse the litigation, EHDH would have to represent plaintiff and the class on a contingency basis.  We knew from our experience in *Miller* that Wells Fargo would mount a vigorous defense to this action and that certifying a class could prove more difficult in light of the adverse ruling on the plaintiff's motion for class certification in *Miller*.  We understood that there was a very real possibility that we would not recoup our investment of time and money in this case.  We also understood that there would be a significant delay between the time these expenditures were made and the time that we were paid.  Because of the risk of non-

- 2 -

Declaration of Adam Hoipkemier in Support of Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards

payment, the certainty that any payment would be delayed, and the large up-front investment of time and money required, we would not have agreed to represent plaintiff and the proposed class on a pure hourly basis. EHDH took this case with the expectation that a risk enhancement in the form of percentage of the fund or a lodestar multiplier would be available if the case was successful.

7. The time that EHDH has spent on this case has been completely contingent on the outcome of the action. EHDH has not been paid for any of the time spent on the Post-Payment Interest Litigation.

8. EHDH's billing system is not designed to ensure that all time spent on a case is in fact recorded. In recording my time I did not record, and Class Counsel do not seek compensation for, many tasks and activities, including telephone conversations, meetings, and supervisory activities.

9. I and EHDH served as lead counsel in this case and had the principal role in developing overall case strategy and performing the work leading to the proposed class settlement. EHDH had the significant role in every aspect of the case, including:

    a. Drafting the Complaint and Amended Complaint;

    b. Drafting the response to Wells Fargo's motion to dismiss;

    c. Fact discovery, including meeting and conferring with defense counsel regarding discovery disputes

    d. Working with Plaintiffs' merits and damages experts, including overseeing associated expert reports;

    e. Participating in mediation, follow-on settlement negotiations, and preparation of settlement documents and class notice materials;

    f. Drafting the motion for preliminary approval of the settlement class and related materials.

- 3 -

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

III.     **Timekeeping and Lodestar Calculation**

10.     In connection with the representation of Plaintiffs, the attorney and staff timekeepers at EHDH have billed a total of 1,347.9 hours through October 5, 2018.  The hours reported were compiled from the firm's contemporaneous time records.

11.     EHDH generated a lodestar of $726,765 representing the Plaintiffs, as shown in the following chart:

| Task | Time | Lodestar |
|------|------|----------|
| Pre-suit Investigation | 127.6 | $70,060 |
| Legal Research | 326.2 | $176,650 |
| Pleadings/Briefing | 235.5 | $127,325 |
| Discovery | 102.1 | $50,355 |
| Settlement/Class Certification | 450.3 | $302,375 |

12.     The hours and lodestar calculation are current as of October 5, 2018.  Accordingly, these hours do not include the additional time that will be devoted by Class Counsel to the prosecution of the action going forward.  In the near term, Class Counsel will incur additional hours in connection with preparing the motion for final approval, responding to objections (if any), preparing for and attending the final approval hearing, responding to class member inquiries, working with the class administrator to distribute the settlement fund, potentially defending the settlement on appeal, and generally shepherding implementation of the settlement.  Based on my experience, I believe these tasks will require at least 350 hours of billable work.

13.     In addition, my partner, Kevin Epps, and I collectively spent more than 900 hours of additional uncompensated billable time in the *Miller* litigation asserting the same claims certified and settled in this case on behalf of nearly the same nationwide class.[2]

14.     I performed work in *Miller* that we were able to reuse, repurpose, or rely on to more efficiently litigate this case, including the following:

---

[2] A true and correct copy of the *Miller* docket sheet is attached as **Exhibit 1**.

Declaration of Adam Hoipkemier in Support of Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

a.  Researched relevant HUD regulations and developed case theory;

b.  Drafting of Complaint;

c.  Drafting of responsive briefing on Wells Fargo's motion to dismiss, which resulted in a favorable order cited by this Court in denying Wells Fargo's motion to dismiss Plaintiff Fowler's claims;

d.  Personally reviewed 35,000 documents and worked with experts to analyze mortgagee data for more than 1,000,000 borrowers produced by Wells Fargo in discovery;

e.  Obtained deposition admissions from Wells Fargo's fact and expert witnesses that were admissible in this case and avoided need for discovery depositions prior to mediation;

f.  Participated in drafting of motion for summary judgment and response to Wells Fargo's motion for summary judgment;

g.  Legal research of Wells Fargo's defenses, including the Paperwork Reduction Act; and

h.  Participated in drafting of motion in limine to exclude expert witnesses and other evidence.

15.    Based on my review of EHDH's time records, EHDH timekeepers billed 752.5 hours in *Miller* on work that directly benefitted the settlement class, for a total lodestar of $411,355. The categories of work for which Class Counsel seek inclusion in the lodestar calculation in this case are reflected in the following chart:

| Task | Time | Lodestar |
|------|------|----------|
| Pre-suit Investigation | 136.0 | $74,800 |
| Legal Research | 286.1 | $157,075 |
| Pleadings/Briefing | 155.3 | $83,175 |
| Discovery | 175.1 | $16,545 |

16.    Based on the referenced work in *Miller*, we were able to quickly move through discovery and negotiate an informed settlement at a relatively early stage with advance knowledge of the relevant facts, legal issues, expert testimony, and Wells Fargo's defenses.

- 5 -

Declaration of Adam Hoipkemier in Support of Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards

17.    For example, because the transcripts from the depositions of Wells Fargo's 30(b)(6) deposition and the depositions of its expert witnesses would have been admissible in this action and because we obtained favorable admissions in *Miller*, we did not need to re-depose those witnesses in this action.  In addition, instead of starting from scratch by requesting and re-reviewing the approximately 35,000 universe of documents produced by Wells Fargo in *Miller*, we were able to focus on obtaining specific internal Wells Fargo documents that we knew to be relevant and probative and planned to introduce at trial.

18.    I reviewed each of my firm's time entries in *Miller* for entries that did not advance the interests of the settlement class in this case.  Based on this review, I excluded 180.7 billable hours recorded in *Miller* from the lodestar submitted in this case, such as work on scheduling or administrative matters; attending status/scheduling conferences; preparing for and attending mediation; and work related to the plaintiff's unsuccessful motion for class certification.

19.    The hourly rates used to calculate the lodestar fall within the range approved as reasonable by courts in similar class action cases.  *See Prison Legal News v. Schwarzenegger*, 608 F.3d 446, 455 (9th Cir. 2010) (district court did not abuse its discretion in awarding 2008 hourly rates for Bay Area attorneys of up to $875 for a partner, $700 for an attorney with 23 years of experience, $425 for an attorney with approximately five years of experience, and $190 for paralegals); *In re High-Tech Employee Antitrust Litig.*, 2015 WL 5158730, at *9 (N.D. Cal. Sept. 2, 2015) (finding reasonable "billing rates for partners [that] range from about $490 to $975 ... billing rates for non-partner attorneys, including senior counsel, counsel, senior associates, associates, and staff attorneys, [that] range from about $310 to $800, with most under $500 ... [and] billing rates for paralegals, law clerks, and litigation support staff [that] range from about $190 to $430, with most in the $300 range."); *Gutierrez v. Wells Fargo Bank, N.A.*, 2015 WL 2438274, at *5 (N.D. Cal. May 21, 2015) (finding reasonable rates for Bay Area attorneys of between $475 to

- 6 -

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

$975 for partners, $300 to $490 for associates, and $150 to 430 for litigation support staff).

20.     I set EHDH's hourly rates in this action in consultation with Michael Ram based on the rates typically charged in the San Francisco Bay market by attorneys with similar qualifications and experience.  I also cross-checked the rates with the adjusted Laffey Matrix, a widely-recognized compilation of attorney rate date.  The hourly rate of $550 for EHDH partners used for the lodestar calculation represents a $100/hr discount from the $658 market rate in the adjusted Laffey Matrix.[3]

21.     Class Counsel entered into a co-counsel agreement with a formula allocating any fee award among them.[4]

22.     In addition to professional time expended in the case, EHDH incurred $53,244.95 in unreimbursed expenses representing Plaintiffs.  The out-of-pocket litigation expenses incurred by EHDH are summarized below:

| Item | Incurred Costs |
|---|---|
| Hotels | $4,313.52 |
| Air Fare | $9,139.36 |
| Meals/Transportation | $705.5 |
| Mediation | $16,822.34 |
| Legal Research | $717.11 |
| Data Aggregation/Mailing | $10,906.46 |
| Expert Fees | $8,327.00 |
| Court/Transcript Fees | $1,308.68 |
| **Total Expenses:** | **$53,244.95** |

23.     All of these expenses were reasonable and necessary for the prosecution of this litigation.  None of the expenses are marked up.  The expenses incurred in connection with the litigation are reflected in the financial records of EHDH maintained by the firm's bookkeeper.  The

---

[3] Attached hereto as **Exhibit 2** is the current version of the Laffey Matrix, available at http://www.laffeymatrix.com/see.html (last visited October 5, 2018.
[4] As some federal courts have found counsel have a duty to disclose fee agreements to the Court with the fee application, a copy is attached as **Exhibit 3**.

Declaration of Adam Hoipkemier in Support of Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

records are prepared from expense receipts and invoices maintained in the ordinary course of business by EHDH.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, and that this Declaration was signed in Atlanta, Georgia, on October 5, 2018.

                                            */s/ Adam L. Hoipkemier*

                                             Adam L. Hoipkemier

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

Declaration of Adam Hoipkemier in Support of Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards

**CERTIFICATE OF SERVICE**

I certify that, on October 5, 2018, I caused this Declaration of Adam Hoipkemier in Support of Motion for Attorneys' Fees, Expenses, and Service Awards to be filed using the CM/ECF system, which will provide electronic notification and service on the following counsel:

David Reidy
DReidy@mcguirewoods.com

K. Isaac deVyver
KdeVyver@mcguirewoods.com

Karla Johnson
KJohnson@mcguirewoods.com

Sara F. Holladay-Tobias
STobias@mcguirewoods.com

DATED:  October 5, 2018

**EPPS, HOLLOWAY, DELOACH & HOIPKEMIER, LLC**

By:  _____*/s/ Adam Hoipkemier*_____
Adam Hoipkemier (SBN 745811)

1220 Langford Drive
Building 200-101
Watkinsville, GA 30677
Telephone:  706 508 4000
Facsimile:  706 842 6750
adam@ehdhlaw.com

*Attorneys for Plaintiffs and Proposed Class*

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

- 9 -

# EXHIBIT 1

AOR,CLOSED,MEDIATION,MOTREF,PART_CONS,PERMSEAL

# U.S. District Court
# Southern District of Florida (Miami)
# CIVIL DOCKET FOR CASE #: 1:16-cv-21145-UU

| | |
|---|---|
| Miller et al v. Wells Fargo Bank, N.A. | Date Filed: 03/31/2016 |
| Assigned to: Judge Ursula Ungaro | Date Terminated: 03/02/2017 |
| Referred to: Magistrate Judge Alicia M. Otazo-Reyes | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity-Breach of Contract | Nature of Suit: 190 Contract: Other |
| | Jurisdiction: Diversity |

**Plaintiff**

**Anna Miller**
*individually and on behalf of a class of similar situated persons,*

represented by **Adam Hoipkemier**
Epps, Holloway, Deloach & Hoipkemier, LLC
1220 Langford Drive
Building 200
Suite 101
Watkinsville, GA 30677
706-508-4000
Email: adam@ehdhlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fredric J. Bold , Jr.**
Bondurant Mixson & Elmore, LLP
3900 One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
404-881-4100
Fax: 404-881-4111
Email: bold@bmelaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeremy Simons Korch**
Bast Amron LLP
1 S.E. 3rd Avenue
Suite 1440
Miami, Fl 33131
305-379-7904
Fax: 305-379-7905
Email: jkorch@bastamron.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin E. Epps**
Epps, Holloway, DeLoach & Hoipkemier, LLC
1220 Langford Drive

Building 200
Suite 101
Watkinsville, GA
706-508-4000
Email: kevin@ehdhlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael B. Terry**
Bondurant Mixson & Elmore, LLP
3900 One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
404-881-4100
Email: terry@bmelaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael L. Werner**
The Werner Law Firm
2860 Piedmont Road, NE
Atlanta, GA 30305
404-793-1666
Email: mike@wernerlaw.com
*TERMINATED: 07/25/2016*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Naveen Ramachandrappa**
Bondurant Mixson & Elmore, LLLP
3900 One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
404-881-4100
Fax: 404-881-4111
Email: ramachandrappa@bmelaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven J. Rosenwasser**
Bondurant Mixson & Elmore, LLP
3900 One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
404-881-4100
Fax: 404-881-4111
Email: rosenwasser@bmelaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brett Michael Amron**
Bast Amron LLP
One Southeast Third Avenue
Suite 1400
Miami, FL 33131
305-379-7904
Fax: 305-379-7905
Email: bamron@bastamron.com
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Samantha Phillips**
*individually and on behalf of a class of*
*similar situated persons*

represented by  **Adam Hoipkemier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fredric J. Bold , Jr.**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeremy Simons Korch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin E. Epps**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael B. Terry**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael L. Werner**
(See above for address)
*TERMINATED: 07/25/2016*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Naveen Ramachandrappa**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven J. Rosenwasser**

CM/ECF - Live Database - flsd

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brett Michael Amron**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Wells Fargo Bank, N.A.**               represented by **Daniel M Mahfood**
                                                         Creed & Gowdy
                                                         Creed & Gowdy
                                                         865 May St
                                                         Jacksonville, FL 32204
                                                         904-350-0075
                                                         Fax: 904-503-0441
                                                         Email: dmahfood@appellate-firm.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Emily Yandle Rottmann**
                                                         McGuireWoods LLP
                                                         50 N. Laura Street
                                                         Suite 3300
                                                         Jacksonville, FL 32202
                                                         904-798-3224
                                                         Fax: 904-798-3263
                                                         Email: erottmann@mcguirewoods.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **K. Issac deVyver**
                                                         McGuireWoods LLP
                                                         EQT Plaza
                                                         625 Liberty Avenue, 23rd Floor
                                                         Pittsburg, PA 15222-3142
                                                         412-667-7988
                                                         Fax: 412-667-7976
                                                         Email: kdevyver@mcguirewoods.com
                                                         *LEAD ATTORNEY*
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Karla L. Johnson**
                                                         McGuireWoods, LLP
                                                         EQT Plaza
                                                         625 Liberty Aveue
                                                         23rd Floor
                                                         Pittsburgh, PA 15222
                                                         412-667-7927

Email: kjohnson@mcguirewoods.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Eric Bilik**
McGuire Woods
50 N Laura Street
Suite 3300 PO Box 4099
Jacksonville, FL 32201-4099
904-798-3200
Fax: 798-3207
Email: ebilik@mcguirewoods.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sara F. Holladay-Tobias**
McGuire Woods
50 N Laura Street
Suite 3300 PO Box 4099
Jacksonville, FL 32201-4099
904-798-3200
Fax: 904-798-3207
Email: sfhollad@mcguirewoods.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/31/2016 | 1 | COMPLAINT against Wells Fargo Bank, N.A.. Filing fees $ 400.00 receipt number 113C-8612607, filed by Anna Miller, Samantha Phillips. (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet, # 2 Summon(s) Summons, # 3 Exhibit Ex 1 - Multistate FHA Fixed Rate Note, # 4 Exhibit Ex 2 - Pages from 43301x8hsgh - HUD Form, # 5 Exhibit Ex 3 - Pages from 43301c5hsgh, # 6 Exhibit Ex 4 - Interest costs don't end with payoff of FHA loan - tribunedigital-chicagotribune, # 7 Exhibit Ex 5 - The Very New Deal_ How FHA Mortgages Are Changing for 2015 - The Simple Dollar, # 8 Exhibit Ex 6 - FHA will stop lenders from charging extra interest when homeowners sell or refinance - The Washington Post, # 9 Exhibit Ex 7 - Controversial FHA payoff rule to end - latimes, # 10 Exhibit Ex 8 - 2013-07-23 Wells Fargo Ltr to Anna Miller re Payoff_Redacted, # 11 Exhibit Ex 9 - 2015-10-03 Wells Fargo Ltr to Samantha Phillips re Payoff_Redacted) (Amron, Brett) (Entered: 03/31/2016) |
| 03/31/2016 | 2 | Judge Assignment to Judge Joan A. Lenard (srd) (Entered: 03/31/2016) |
| 03/31/2016 | 3 | Clerks Notice pursuant to 28 USC 636(c). Parties are hereby notified that the U.S. Magistrate Judge Jonathan Goodman is available to handle any or all proceedings in this case. If agreed, parties should complete and file the attached form. (srd) (Entered: 03/31/2016) |
| 03/31/2016 | 4 | Summons Issued as to Wells Fargo Bank, N.A.. (srd) (Entered: 03/31/2016) |
| 03/31/2016 | 5 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Steven J. Rosenwasser. Filing Fee $ 75.00 Receipt # 113C-8614633 by Anna Miller, Samantha Phillips. Responses due by |

| | | |
|---|---|---|
| | | 4/18/2016 (Attachments: # 1 Certification Certification of Steven J. Rosenwasser, # 2 Text of Proposed Order)(Amron, Brett) (Entered: 03/31/2016) |
| 03/31/2016 | 6 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Naveen Ramachandrappa. Filing Fee $ 75.00 Receipt # 113C-8614658 by Anna Miller, Samantha Phillips. Responses due by 4/18/2016 (Attachments: # 1 Certification Certification of Naveen Ramachandrappa, # 2 Text of Proposed Order)(Amron, Brett) (Entered: 03/31/2016) |
| 03/31/2016 | 7 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Adam Hoipkemier. Filing Fee $ 75.00 Receipt # 113C-8614660 by Anna Miller, Samantha Phillips. Responses due by 4/18/2016 (Attachments: # 1 Certification Certification of Adam Hoipkemier, # 2 Text of Proposed Order)(Amron, Brett) (Entered: 03/31/2016) |
| 04/01/2016 | 8 | ENDORSED ORDER GRANTING 5 Steven J. Rosenwasser's Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing; GRANTING 6 Naveen Ramachandrappa's Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing; and GRANTING 7 Adam Hoipkemier's Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing. Signed by Judge Joan A. Lenard on 4/1/2016. (jts) (Entered: 04/01/2016) |
| 04/01/2016 | 9 | Notice of Pending, Refiled, Related or Similar Actions by Anna Miller, Samantha Phillips (Amron, Brett) (Entered: 04/01/2016) |
| 04/13/2016 | 10 | SUMMONS (Affidavit) Returned Executed on 1 Complaint,,, with a 21 day response/answer filing deadline by Anna Miller, Samantha Phillips. Wells Fargo Bank, N.A. served on 4/4/2016, answer due 4/25/2016. (Amron, Brett) (Entered: 04/13/2016) |
| 04/22/2016 | 11 | NOTICE of Attorney Appearance by Robert Eric Bilik on behalf of Wells Fargo Bank, N.A.. Attorney Robert Eric Bilik added to party Wells Fargo Bank, N.A.(pty:dft). (Bilik, Robert) (Entered: 04/22/2016) |
| 04/22/2016 | 12 | NOTICE of Attorney Appearance by Daniel M Mahfood on behalf of Wells Fargo Bank, N.A.. Attorney Daniel M Mahfood added to party Wells Fargo Bank, N.A.(pty:dft). (Mahfood, Daniel) (Entered: 04/22/2016) |
| 04/22/2016 | 13 | NOTICE of Attorney Appearance by Emily Yandle Rottmann on behalf of Wells Fargo Bank, N.A.. Attorney Emily Yandle Rottmann added to party Wells Fargo Bank, N.A. (pty:dft). (Rottmann, Emily) (Entered: 04/22/2016) |
| 04/22/2016 | 14 | Unopposed MOTION for Extension of Time to File Response/Reply/Answer as to 1 Complaint,,, *with Incorporated Memorandum of Law* by Wells Fargo Bank, N.A.. (Rottmann, Emily) (Entered: 04/22/2016) |
| 04/25/2016 | 15 | ENDORSED ORDER GRANTING 14 Defendant's Motion for Extension of Time to File Response/Answer to Plaintiff's Complaint. Defendant shall file its Response/Answer on or before May 16, 2016. Signed by Judge Joan A. Lenard on 4/25/2016. (jts) (Entered: 04/25/2016) |
| 05/09/2016 | 16 | NOTICE OF UNAVAILABILITY by Anna Miller, Samantha Phillips for dates of July 20, 2016 through July 26, 2016 and August 15, 2016 through August 24, 2016 (Steven J. Rosenwasser, Esq.) (Amron, Brett) (Entered: 05/09/2016) |
| 05/16/2016 | 17 | Defendant's MOTION TO DISMISS 1 Complaint,,, FOR FAILURE TO STATE A CLAIM by Wells Fargo Bank, N.A.. Responses due by 6/3/2016 (Mahfood, Daniel). Added MOTION for Hearing on 5/17/2016 (ls). (Entered: 05/16/2016) |

| 05/16/2016 | 18 | Certificate of Interested Parties/Corporate Disclosure Statement by Wells Fargo Bank, N.A. identifying Corporate Parent Wells Fargo & Company for Wells Fargo Bank, N.A. (Mahfood, Daniel) (Entered: 05/16/2016) |
| --- | --- | --- |
| 05/17/2016 | 19 | Clerks Notice to Filer re 17 Defendant's MOTION TO DISMISS 1 Complaint,,, FOR FAILURE TO STATE A CLAIM *and Request for Hearing*. **Motion with Multiple Reliefs Filed as One Relief**; ERROR - The Filer selected only one relief event and failed to select the additional corresponding events for each relief requested in the motion. The docket entry was corrected by the Clerk. It is not necessary to refile this document but future filings must comply with the instructions in the CM/ECF Attorney User's Manual. (ls) (Entered: 05/17/2016) |
| 05/17/2016 | 20 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Karla L. Johnson. Filing Fee $ 75.00 Receipt # 113C-8745522 by Wells Fargo Bank, N.A.. Responses due by 6/3/2016 (Mahfood, Daniel) (Entered: 05/17/2016) |
| 05/17/2016 | 21 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for K. Issac DeVyver. Filing Fee $ 75.00 Receipt # 113C-8745609 by Wells Fargo Bank, N.A.. Responses due by 6/3/2016 (Mahfood, Daniel) (Entered: 05/17/2016) |
| 05/18/2016 | 22 | ENDORSED ORDER GRANTING 20 Karla L. Johnson's Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorneys; and GRANTING 21 K. Issac DeVyver's Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorneys. Signed by Judge Joan A. Lenard on 5/18/2016. (jts) (Entered: 05/18/2016) |
| 05/25/2016 | 23 | Defendant's MOTION to Stay *Discovery Pending Disposition on Dispositive Motion to Dismiss* by Wells Fargo Bank, N.A.. Responses due by 6/13/2016 (Attachments: # 1 Exhibit A - Email Chain, # 2 Exhibit B - Discovery Requests, # 3 Exhibit C - Plaintiffs' Notice of Deposition)(Mahfood, Daniel) Modified Text on 5/26/2016 (ls). (Entered: 05/25/2016) |
| 06/03/2016 | 24 | RESPONSE in Opposition re 23 Defendant's MOTION to Stay *Discovery Pending Disposition on Dispositive Motion to Dismiss* filed by Anna Miller, Samantha Phillips. Replies due by 6/13/2016. (Attachments: # 1 Exhibit 1 - Notice of Rule 30(b)(6) Deposition, # 2 Exhibit 2 - HUD Handbook 4000.1 Part III A.1.n.iv, # 3 Exhibit 3 - HUD Handbook 4155.2.8.B.1.f, # 4 Exhibit 4 - HUD Handbook 4155.2.9.B.1.d, # 5 Exhibit 5 - HUD Handbook 4155.2.9.A.1.b & 4155.2.9.B.2.b, # 6 Exhibit 6 - Dorado v Bank of America, Order Denying Motion to Stay Discovery, # 7 Text of Proposed Order Order Denying Defendant Wells Fargo Bank, N.A.'s Motion for Stay of Discovery)(Amron, Brett) (Entered: 06/03/2016) |
| 06/03/2016 | 25 | RESPONSE in Opposition re 17 Defendant's MOTION TO DISMISS 1 Complaint,,, FOR FAILURE TO STATE A CLAIM MOTION for Hearing *and Request for Hearing* filed by Anna Miller, Samantha Phillips. Replies due by 6/13/2016. (Amron, Brett) (Entered: 06/03/2016) |
| 06/03/2016 | 26 | Response in Opposition to Motion, 17 Motion to Dismiss by Anna Miller, Samantha Phillips. (Amron, Brett)Event and Text Modified on 6/6/2016 (cqs). (Entered: 06/03/2016) |
| 06/06/2016 | 27 | Clerks Notice to Filer re 26 MOTION for Hearing re 25 Response in Opposition to Motion, *to Dismiss*. **Wrong Event Selected - Document is not a Motion**; ERROR - The Filer selected the wrong event. It is not necessary to refile this document.**Docket Text** |

| | | |
|---|---|---|
| | | **Does Not Match Document**; ERROR - The Filer failed to enter a title in the docket text that matches the title of the document. The correction was made by the Clerk. It is not necessary to refile the document. (cqs) (Entered: 06/06/2016) |
| 06/06/2016 | 28 | SCHEDULING REPORT - **Rule 26(f)** by Anna Miller, Samantha Phillips (Attachments: # 1 Exhibit A - Plaintiffs' Proposed Scheduling Order, # 2 Exhibit B - Defendant's Proposed Scheduling Order)(Amron, Brett) (Entered: 06/06/2016) |
| 06/07/2016 | 29 | Order Referring Preliminary Status Conference, Discovery Disputes and Certain Pretrial Motions to Magistrate Judge Jonathan Goodman; Directing Parties to File Certificates of Interested Parties; Directing Parties to File a Notice of Refiling And/or of Related Cases; Requiring Completion of Form Consenting to Jurisdiction by Magistrate Judge; and Requiring Completion of Joint Scheduling Report and Form. Signed by Judge Joan A. Lenard on 06/07/16. (Attachments: # 1 Appendix, # 2 Appendix) (dp) (Entered: 06/07/2016) |
| 06/07/2016 | 30 | Order Setting Forth the Court's Policy on Motions for Extension or Stay of the Scheduling Order Deadlines. Signed by Judge Joan A. Lenard on 06/07/16. (dp) (Entered: 06/07/2016) |
| 06/07/2016 | 31 | Defendant's MOTION for Extension of Time to File Response/Reply/Answer as to 17 Defendant's MOTION TO DISMISS 1 Complaint,,,, FOR FAILURE TO STATE A CLAIM MOTION for Hearing by Wells Fargo Bank, N.A.. (Attachments: # 1 Exhibit Proposed Order)(Mahfood, Daniel) (Entered: 06/07/2016) |
| 06/07/2016 | 32 | Certificate of Interested Parties by Anna Miller, Samantha Phillips (Amron, Brett) (Entered: 06/07/2016) |
| 06/08/2016 | 33 | ENDORSED ORDER STRIKING 28 the Parties' SCHEDULING REPORT. The Parties filed their Scheduling Report before receiving the Court's Beginning Order (D.E. 29 ) which includes instructions for filing said report. Notably, one of the Court's requirements is that the Parties file "joint" proposed pretrial deadlines. The Parties' current Scheduling Report includes separate proposed deadlines and is therefore STRICKEN. The Parties must refile their Joint Scheduling Report in conformity with the Court's instructions.<br><br>IT IS SO ORDERED. Signed by Judge Joan A. Lenard on 6/8/2016. (jts) (Entered: 06/08/2016) |
| 06/08/2016 | 34 | ENDORSED ORDER GRANTING 31 Defendant's Unopposed Motion for Extension of Time to File its Reply in support of its Motion to Dismiss. Defendant's reply is now due on or before **June 17, 2016**.<br><br>IT IS SO ORDERED. Signed by Judge Joan A. Lenard on 6/8/2016. (jts) (Entered: 06/08/2016) |
| 06/09/2016 | 35 | CONSENT to Jurisdiction by US Magistrate Judge by Anna Miller, Samantha Phillips (Amron, Brett) (Entered: 06/09/2016) |
| 06/10/2016 | 36 | REPLY to Response to Motion re 23 Defendant's MOTION to Stay *Discovery Pending Disposition on Dispositive Motion to Dismiss* filed by Wells Fargo Bank, N.A.. (Attachments: # 1 Exhibit A - Email Chain, # 2 Exhibit B 30(b)(6) - Deposition Notice, # 3 Exhibit C - RFAs, # 4 Exhibit D - Interrogatories, # 5 Exhibit E - Doc Requests) (Mahfood, Daniel) (Entered: 06/10/2016) |
| 06/13/2016 | 37 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Michael L. Werner. Filing Fee $ 75.00 Receipt # 113C-8820033 by Anna Miller, Samantha Phillips. Responses due by 6/30/2016 |

| | | (Attachments: # 1 Certification of Michael L. Werner, # 2 Text of Proposed Order) (Amron, Brett) Modified Text on 6/14/2016 (ls). (Entered: 06/13/2016) |
|---|---|---|
| 06/13/2016 | 38 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Fredric J. Bold, Jr.. Filing Fee $ 75.00 Receipt # 113C-8820165 by Anna Miller, Samantha Phillips. Responses due by 6/30/2016 (Attachments: # 1 Certification of Frederic J. Bold, Jr., # 2 Text of Proposed Order) (Amron, Brett) Modified Text on 6/14/2016 (ls). (Entered: 06/13/2016) |
| 06/14/2016 | 39 | ENDORSED ORDER GRANTING 37 Michael Werner's Motion to Appear Pro Hac Vice; and 38 Frederic Bold's Motion to Appear Pro Hac Vice. These attorneys shall be added as counsel of record for Plaintiffs and shall receive notice of all electronic filings at the email addresses provided in their papers. Signed by Judge Joan A. Lenard on 6/14/2016. (jts) (Entered: 06/14/2016) |
| 06/14/2016 | 40 | ENDORSED ORDER DENYING 23 Motion to Stay. Signed by Judge Joan A. Lenard on 6/14/2016. (jts) (Entered: 06/14/2016) |
| 06/14/2016 | 41 | NOTICE of Hearing by ATTORNEY: Discovery Hearing set for 6/24/2016 03:30 PM in Miami Division before Magistrate Judge Jonathan Goodman. (Mahfood, Daniel) (Entered: 06/14/2016) |
| 06/15/2016 | 42 | ENDORSED ORDER concerning the source materials submitted for the 41 June 24, 2016 discovery hearing.<br><br>Defendant Wells Fargo Bank, N.A. submitted source materials concerning a discovery dispute over Plaintiffs' Amended Notice of Rule 30(b)(6) Deposition to the Undersigned's e-file inbox. Wells Fargo submitted an eighteen-page "objection" to the Notice. For all practical purposes, the "objection" is a memorandum of law, complete with case citations and extensive legal arguments.<br><br>The objection violates the Undersigned's discovery procedures Order [ECF No. 29, p.8], which specifically states: "Source material is the actual discovery at issue. Source material is **not** memoranda or letters to the Court which are, for all intents and purposes, a mini-brief. Neither the Notice of Hearing nor the source materials should be used as a *de facto* strategy to submit a memorandum. For example, sending multi-page, rhetoric-filled letters to the Court or filing argument-riddled notices are **specifically prohibited**. The Court will strike letters, notices, and exhibits which are designed to circumvent the no motion/no memoranda policy."<br><br>Additionally, the discovery procedures Order provides a mechanism for those unusually complex discovery disputes, for which a party believes briefing will be required. Specifically, the Order authorizes a party to file a motion for leave to file a memorandum of law. However, Wells Fargo filed no such motion and it is too late for Wells Fargo to seek such authority now. Instead, Wells Fargo submitted an "objection," which is the functional equivalent of a prohibited memorandum of law. This eighteen-page "objection" is *precisely* the type of document that the discovery procedures order was designed to prevent.<br><br>Accordingly, the Court will not consider the submitted "objection" and directs Wells Fargo to comply with the discovery procedures Order. Any further violations may well result in an order generating adverse consequences.<br><br>Signed by Magistrate Judge Jonathan Goodman on 6/15/2016. (mda) (Entered: 06/15/2016) |
| 06/15/2016 | 43 | Judicial Disclosure. Signed by Magistrate Judge Jonathan Goodman on 6/15/2016. (mda) |

|  |  | (Entered: 06/15/2016) |
|---|---|---|
| 06/17/2016 | 44 | REPLY to Response to Motion re 17 Defendant's MOTION TO DISMISS 1 Complaint,,, FOR FAILURE TO STATE A CLAIM MOTION for Hearing filed by Wells Fargo Bank, N.A.. (Mahfood, Daniel) (Entered: 06/17/2016) |
| 06/17/2016 | 45 | Defendant's MOTION to Bifurcate by Wells Fargo Bank, N.A.. Responses due by 7/5/2016 (Attachments: # 1 Exhibit A - Amended 30(b)(6) Notice)(Mahfood, Daniel) (Entered: 06/17/2016) |
| 06/20/2016 | 46 | Notice of Pending, Refiled, Related or Similar Actions by Anna Miller, Samantha Phillips (Amron, Brett) (Entered: 06/20/2016) |
| 06/21/2016 | 47 | ORDER OF RECUSAL. Judge Joan A. Lenard recused. Case reassigned to Judge Ursula Ungaro for all further proceedings Signed by Judge Joan A. Lenard on 6/21/2016. (jc) (Entered: 06/21/2016) |
| 06/22/2016 | 48 | ORDER granting in part and denying in part 17 Motion to Dismiss for Failure to State a Claim; denying 17 Defendant's motion to dismiss Plaintiff Miller's claims is DENIED. See, Bates v. JP Morgan Chase Bank, 768 F.3d 1126 (11th Cir. 2014; see also, Imperial apartment Hotel v. Aronson, 213 So. 2d 610 (Fla. 3d DCA 1968). Defendant's motion to dismiss Plaintiff Phillips claims is GRANTED because her vague intention to pre-pay on a date other than the first of the month in the future and the mere possibility that Defendant will seek to collect "post-payment interest" is insufficient to demonstrate an actual case or controversy as between Plaintiff Phillips and the Defendant. See, e.g., Highsmith v. Chrysler Credit Corp., 18 F.3d 434 (7th Cir. 1994); Zimmerman v. HBO Affiliate Group, 834 F.2d 1163 (3d Cir. 1987). Defendant's motion for hearing is DENIED. Signed by Judge Ursula Ungaro on 6/22/2016. (UU) (Entered: 06/22/2016) |
| 06/22/2016 | 49 | Corporate Disclosure Statement by Wells Fargo Bank, N.A. (Mahfood, Daniel) (Entered: 06/22/2016) |
| 06/22/2016 | 50 | Updated Certificate of Interested Parties by Wells Fargo Bank, N.A. (Mahfood, Daniel) Modified Text on 6/22/2016 (ls). (Entered: 06/22/2016) |
| 06/23/2016 | 51 | ORDER SETTING INITIAL PLANNING AND SCHEDULING CONFERENCE: Initial Planning and Scheduling Conference set for 7/22/2016 10:30 AM in Miami Division before Judge Ursula Ungaro. Joint Planning and Scheduling Report due by 7/15/2016. Signed by Judge Ursula Ungaro on 6/22/2016. (mc) (Entered: 06/23/2016) |
| 06/24/2016 | 52 | **PAPERLESS Minute Entry for proceedings held before Magistrate Judge Jonathan Goodman: Discovery Hearing held on 6/24/2016. (Digital 15:11:28.) (mso) (Entered: 06/24/2016) |
| 06/24/2016 | 53 | ENDORSED ORDER concerning the discovery hearing held on 6/24/2016. Defense counsel shall deliver a binder with Defendant's supporting cases to the Undersigned's chambers and a courtesy copy to opposing counsel by June 29, 2016. Signed by Magistrate Judge Jonathan Goodman on 6/24/2016. (mda) (Entered: 06/24/2016) |
| 06/27/2016 | 54 | Motion to Continue/Reschedule Initial Planning and Scheduling Conference by Anna Miller, Samantha Phillips. (Amron, Brett) Modified Relief on 6/28/2016 (ls). (Entered: 06/27/2016) |
| 06/27/2016 | 55 | Unopposed MOTION for Extension of Time to File Response/Reply/Answer as to 1 Complaint,,, by Wells Fargo Bank, N.A.. (Attachments: # 1 Text of Proposed Order) (Mahfood, Daniel) Modified Text on 6/28/2016 (ls). (Entered: 06/27/2016) |
| 06/27/2016 | 59 | ORDER ON MOTION TO RESCHEDULE INITIAL PLANNING AND SCHEDULING CONFERENCE, (Defendant SHALL file a summary of each dispositive motion it |

| | | anticipates filing in this case, including the grounds for such motions by 7/15/2016.). Signed by Judge Ursula Ungaro on 6/27/2016. (jas) (Entered: 06/28/2016) |
|---|---|---|
| 06/28/2016 | 56 | Clerks Notice to Filer re 54 MOTION to Reschedule Initial Planning and Scheduling Conference re 51 Scheduling Order, . **Wrong Motion Relief(s) Selected**; ERROR - The Filer selected the wrong motion relief(s) when docketing the motion. The correction was made by the Clerk. It is not necessary to refile this document but future motions filed must include applicable reliefs. (ls) (Entered: 06/28/2016) |
| 06/28/2016 | 57 | ORDER on 30(b)(6) deposition dispute. Signed by Magistrate Judge Jonathan Goodman on 6/28/2016. (mda) (Entered: 06/28/2016) |
| 06/28/2016 | 58 | ENDORSED ORDER certifying that there are no motions or hearings pending before the Undersigned. The Undersigned is hereby removed from this case. Signed by Magistrate Judge Jonathan Goodman on 6/28/2016. (mda) (Entered: 06/28/2016) |
| 06/28/2016 | | Magistrate Judge Jonathan Goodman no longer assigned to case. (mda) (Entered: 06/28/2016) |
| 06/28/2016 | 60 | ORDER denying 54 Motion to Continue/Reschedule Initial Planning and Scheduling Conference. Signed by Judge Ursula Ungaro on 6/27/2016. (jas) (Entered: 06/28/2016) |
| 06/28/2016 | 61 | ORDER denying 55 Motion for Extension of Time to File Response/Reply/Answer. Signed by Judge Ursula Ungaro on 6/25/2016. (jas) (Entered: 06/29/2016) |
| 06/29/2016 | 62 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Michael B. Terry. Filing Fee $ 75.00 Receipt # 113C-8873393 by Anna Miller, Samantha Phillips. Responses due by 7/18/2016 (Attachments: # 1 Certification of Michael B. Terry, # 2 Text of Proposed Order)(Amron, Brett) Modified Text on 6/30/2016 (ls). (Entered: 06/29/2016) |
| 07/01/2016 | 63 | ORDER granting 62 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney(s) Michael B. Terry. Signed by Judge Ursula Ungaro on 6/29/2016. (lbc) (Entered: 07/01/2016) |
| 07/05/2016 | 64 | TRANSCRIPT of Proceedings on Discovery Disputes held on 06-24-16 before Magistrate Judge Jonathan Goodman, 1-67 pages, Court Reporter: Gilda Pastor-Hernandez, 305-523-5118 / Gilda_Pastor-Hernandez@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/29/2016. Redacted Transcript Deadline set for 8/8/2016. Release of Transcript Restriction set for 10/6/2016. (gpz) (Entered: 07/05/2016) |
| 07/05/2016 | 65 | RESPONSE in Opposition re 45 Defendant's MOTION to Bifurcate *the Case and Stay Class Discovery and Class Certification* filed by Anna Miller, Samantha Phillips. Replies due by 7/15/2016. (Attachments: # 1 Exhibit A - Defendant's Response to Plaintiff's First Request for Admissions, # 2 Exhibit B - Plaintiffs' Amended Notice of Rule 30(b)(6) Deposition, # 3 Exhibit C -Defendant's Objections and Responses to Plaintiffs' First Request for Production of Documents, # 4 Exhibit D - Defendant's Objections and Responses to Plaintiff's First Set of Interrogatories, # 5 Exhibit E - Defendant's First Set of Request for Production of Documents, # 6 Exhibit F - June 17, 2016 to June 21, 2016 Email String, # 7 Exhibit G - June 23, 2016 Ltr. from K. Issac deVyver, # 8 Exhibit H - Defendants First Set of Request for Production of Documents Directed to Plaintiff Miller) (Amron, Brett) (Entered: 07/05/2016) |
| 07/06/2016 | 66 | NOTICE of Attorney Appearance by Jeremy Simons Korch on behalf of Anna Miller, Samantha Phillips. Attorney Jeremy Simons Korch added to party Anna Miller(pty:pla), |

| | | Attorney Jeremy Simons Korch added to party Samantha Phillips(pty:pla). (Korch, Jeremy) (Entered: 07/06/2016) |
|---|---|---|
| 07/06/2016 | 67 | ANSWER and Affirmative Defenses to Complaint by Wells Fargo Bank, N.A.. (Mahfood, Daniel) (Entered: 07/06/2016) |
| 07/13/2016 | 68 | MOTION to Compel *Responses to Plaintiff's First Interrogatories* by Anna Miller. Responses due by 8/1/2016 (Attachments: # 1 Exhibit A - First Interrogatories to Defendant, # 2 Exhibit B - Responses to Plaintiffs' First Request for Admissions, # 3 Exhibit C - Objections and Responses to Plaintiffs' First Set of Interrogatories, # 4 Exhibit D - 7/11/16 Rosenwasser E-Mail)(Amron, Brett) Modified Text on 7/14/2016 (ls). (Entered: 07/13/2016) |
| 07/13/2016 | 69 | ORDER REFERRING 68 MOTION to Compel *Responses to Plaintiff's First Interrogatories* filed by Anna Miller. Motions referred to Judge Alicia M. Otazo-Reyes. Signed by Judge Ursula Ungaro on 7/13/2016. (mc) (Entered: 07/14/2016) |
| 07/14/2016 | 70 | PAPERLESS ORDER Setting Hearing on 68 MOTION to Compel *Responses to Plaintiff's First Interrogatories* for 7/27/2016 at 2:00 PM in Miami Division before Magistrate Judge Alicia M. Otazo-Reyes. Signed by Magistrate Judge Alicia M. Otazo-Reyes on 7/14/2016. (eno) (Entered: 07/14/2016) |
| 07/15/2016 | 71 | NOTICE of Change of Address by Brett Michael Amron (Amron, Brett) (Entered: 07/15/2016) |
| 07/15/2016 | 72 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Kevin E. Epps. Filing Fee $ 75.00 Receipt # 113C-8919865 by Anna Miller, Samantha Phillips. Responses due by 8/1/2016 (Attachments: # 1 Certification of Kevin E. Epps, # 2 Text of Proposed Order)(Amron, Brett) Modified Text on 7/18/2016 (ls). (Entered: 07/15/2016) |
| 07/15/2016 | 73 | SCHEDULING REPORT - **Rule 26(f)** by Anna Miller (Attachments: # 1 Exhibit A - Parties Proposed schedule if discovery is not bifurcated, # 2 Exhibit B - Parties proposed schedule if discovery is bifurcated, # 3 Exhibit C - Plaintiff's ESI Protocol, # 4 Exhibit D - Defendant's ESI Protocol)(Amron, Brett) (Entered: 07/15/2016) |
| 07/15/2016 | 74 | RESPONSE/REPLY *Brief in Support of Its Motion to Bifurcate Case* by Wells Fargo Bank, N.A.. (Attachments: # 1 Exhibit)(Mahfood, Daniel) (Entered: 07/15/2016) |
| 07/15/2016 | 75 | NOTICE by Wells Fargo Bank, N.A. re 59 Order, Set/Reset Deadlines,, *Summary of Possible Dispositive Motion Arguments for Plaintiff's Individual Claims* (Mahfood, Daniel) (Entered: 07/15/2016) |
| 07/15/2016 | 76 | ORDER granting 72 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney(s) Kevin E. Epps. Signed by Judge Ursula Ungaro on 7/16/2016. (mc) (Entered: 07/15/2016) |
| 07/15/2016 | 77 | REPLY to Response to Motion re 45 Defendant's MOTION to Bifurcate filed by Wells Fargo Bank, N.A.. (ls)(See Image at DE # 74 ) (Entered: 07/18/2016) |
| 07/18/2016 | 78 | Clerks Notice to Filer re 74 Response/Reply (Other). **Wrong Event Selected**; ERROR - The Filer selected the wrong event. The document was re-docketed by the Clerk, see [de#77]. It is not necessary to refile this document. (ls) (Entered: 07/18/2016) |
| 07/20/2016 | 79 | MOTION to Withdraw as Attorney by Michael L. Werner of the Werner Law Firm. by Anna Miller, Samantha Phillips. Responses due by 8/8/2016 (Attachments: # 1 Text of Proposed Order)(Amron, Brett) Modified Text on 7/21/2016 (ls). (Entered: 07/20/2016) |
| 07/20/2016 | 80 | ORDER RESETTING PLANNING & SCHEDULING CONFERENCE. ( Initial |

| | | Planning and Scheduling Conference re-set for 7/25/2016 at 2:30 PM in Miami Division before Judge Ursula Ungaro). Signed by Judge Ursula Ungaro on 7/20/2016. (ar2) (Entered: 07/21/2016) |
|---|---|---|
| 07/21/2016 | 81 | ORDER ON MOTION TO BIFURCATE DISCOVERY denying 45 Motion to Bifurcate. Signed by Judge Ursula Ungaro on 7/21/2016. (mc) (Entered: 07/21/2016) |
| 07/22/2016 | 82 | Joint MOTION for Protective Order *Stipulated* by Wells Fargo Bank, N.A.. (Attachments: # 1 Text of Proposed Order)(Mahfood, Daniel) Modified Text on 7/25/2016 (ls). (Entered: 07/22/2016) |
| 07/25/2016 | 83 | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL re 79 Motion to Withdraw as Attorney. Attorney Michael L. Werner terminated Notice of Termination delivered by US Mail to Michael Werner. Signed by Judge Ursula Ungaro on 7/21/2016. (mc) (Entered: 07/25/2016) |
| 07/26/2016 | 84 | MOTION to Deem Admitted, Or in the Alternative to , MOTION to Compel *Responses to, Plaintiff's First Request for Admissions* ( Responses due by 8/12/2016) by Anna Miller. (Attachments: # 1 Exhibit A - Plaintiffs' First Requests for Admission to Defendant, # 2 Exhibit B - Wells Fargo's Response to Plaintiffs' First Request for Admissions, # 3 Exhibit C - 7/11/2016 Rosenwasser E-Mail, # 4 Exhibit D)(Amron, Brett) (Entered: 07/26/2016) |
| 07/26/2016 | 85 | ORDER granting 82 Motion for Protective Order. Signed by Judge Ursula Ungaro on 7/26/2016. (mc) (Entered: 07/26/2016) |
| 07/26/2016 | 86 | AMENDED CONFIDENTIALITY STIPULATION AND PROTECTIVE ORDER. Signed by Judge Ursula Ungaro on 7/26/2016. (mc) (Entered: 07/26/2016) |
| 07/26/2016 | 87 | ORDER REFERRING 84 MOTION to Deem Admitted, Or in the Alternative to MOTION to Compel *Responses to, Plaintiff's First Request for Admissions* filed by Anna Miller. Motions referred to Judge Alicia M. Otazo-Reyes. Signed by Judge Ursula Ungaro on 7/26/2016. (ls) (Entered: 07/27/2016) |
| 07/27/2016 | 88 | PAPERLESS SUPPLEMENTAL ORDER re Hearing set for 7/27/2016 at 2:00 PM. At the Hearing, the Court will also address 84 MOTION to Deem Admitted, Or in the Alternative to MOTION to Compel *Responses to, Plaintiff's First Request for Admissions*. Signed by Magistrate Judge Alicia M. Otazo-Reyes on 7/27/2016. (eno) (Entered: 07/27/2016) |
| 07/27/2016 | 89 | RESPONSE in Opposition re 68 MOTION to Compel *Responses to Plaintiff's First Interrogatories* filed by Wells Fargo Bank, N.A.. Replies due by 8/8/2016. (Attachments: # 1 Exhibit A - Email dated July 12, 2016, # 2 Exhibit B - Email dated July 15, 2016) (Mahfood, Daniel) (Entered: 07/27/2016) |
| 07/27/2016 | 90 | MOTION to Compel *Defendant Wells Fargo to Produce Documents In Response to Plaintiff's First Request for Production of Documents* by Anna Miller. Responses due by 8/15/2016 (Attachments: # 1 Exhibit A - Plaintiffs' First Requests for Production of Documents to Defendant, # 2 Exhibit B - Defendant Wells Fargo's Objections and Responses to Plaintiffs' First Request for Production, # 3 Exhibit Comp Ex. C - Emails) (Amron, Brett) (Entered: 07/27/2016) |
| 07/27/2016 | 91 | SCHEDULING ORDER: Pretrial Conference set for 3/24/2017 10:00 AM in Miami Division before Judge Ursula Ungaro. Jury Trial set for 4/17/2017 09:00 AM in Miami Division before Judge Ursula Ungaro. Calendar Call set for 4/12/2017 01:00 PM in Miami Division before Judge Ursula Ungaro. Amended Pleadings due by 8/26/2016. Discovery due by 12/16/2016. Expert Discovery due by 12/16/2016. Joinder of Parties due by 8/26/2016. In Limine Motions due by 2/3/2017. Dispositive Motions due by |

| | | 1/25/2017. Pretrial Stipulation due by 2/10/2017. Signed by Judge Ursula Ungaro on 7/26/2016. (ls) |
|---|---|---|
| | | **Pattern Jury Instruction Builder** - To access the latest, up to date changes to the 11th Circuit Pattern Jury Instructions go to https://pji.ca11.uscourts.gov or click here. (Entered: 07/27/2016) |
| 07/27/2016 | 92 | ORDER REFERRING CASE to Mediation. Signed by Judge Ursula Ungaro on 7/26/2016. (ls) (Entered: 07/27/2016) |
| 07/27/2016 | 93 | ORDER REFERRING 90 MOTION to Compel *Defendant Wells Fargo to Produce Documents In Response to Plaintiff's First Request for Production of Documents* filed by Anna Miller. Motions referred to Judge Alicia M. Otazo-Reyes. Signed by Judge Ursula Ungaro on 7/26/2016. (ls) (Entered: 07/27/2016) |
| 07/27/2016 | 94 | ORDER granting in part 68 Motion to Compel, and re 84 MOTION to Deem Admitted, Or in the Alternative to, MOTION to Compel. Signed by Magistrate Judge Alicia M. Otazo-Reyes on 7/27/2016. (eno) (Entered: 07/27/2016) |
| 07/27/2016 | 95 | PAPERLESS ORDER Setting Continued Hearing on 84 MOTION to Deem Admitted, Or in the Alternative to, MOTION to Compel; and setting hearing on 90 MOTION to Compel *Defendant Wells Fargo to Produce Documents In Response to Plaintiff's First Request for Production of Documents* for 8/15/2016 at 3:00 PM in Miami Division before Magistrate Judge Alicia M. Otazo-Reyes. Signed by Magistrate Judge Alicia M. Otazo-Reyes on 7/27/2016. (eno) (Entered: 07/27/2016) |
| 07/27/2016 | 96 | PAPERLESS Minute Entry for proceedings held before Magistrate Judge Alicia M. Otazo-Reyes: Motion Hearing held on 7/27/2016 re 84 MOTION to Deem Admitted, Or in the Alternative to MOTION to Compel *Responses to, Plaintiff's First Request for Admissions* filed by Anna Miller, 68 MOTION to Compel *Responses to Plaintiff's First Interrogatories* filed by Anna Miller. APPEARANCES: FOR THE PLAINTIFFS - NAVEEN RAMACHANDRAPPA, ESQ. AND JEREMY KORCH,ESQ.; FOR THE DEFENDANT - K. ISAAC DEVYVER. See Orders entered D.E.'s 94 and 95 (Digital 14:02:59.) (sl) (Entered: 07/28/2016) |
| 07/29/2016 | 97 | TRANSCRIPT of Scheduling Conference held on 7/25/2016 before Judge Ursula Ungaro, 1-14 pages, Court Reporter: William Romanishin, 305-523-5558 / Bill_Romanishin@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/22/2016. Redacted Transcript Deadline set for 9/1/2016. Release of Transcript Restriction set for 10/31/2016. (br) (Entered: 07/29/2016) |
| 08/01/2016 | 98 | TRANSCRIPT of Motion Hearing Transcribed from DAR held on July 27, 2016 before Magistrate Judge Alicia M. Otazo-Reyes, Volume Number 1 of 1, 1-30 pages, Court Reporter: Tamra Piderit, 305-523-5158 / tamra_piderit@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/25/2016. Redacted Transcript Deadline set for 9/6/2016. Release of Transcript Restriction set for 11/3/2016. (tpt) (Entered: 08/01/2016) |
| 08/10/2016 | 99 | NOTICE of Mediator Selection: Terrence White selected. Filed/Added by Anna Miller, Terrence White. (Amron, Brett) (Entered: 08/10/2016) |
| 08/12/2016 | 100 | RESPONSE in Opposition re 90 MOTION to Compel *Defendant Wells Fargo to Produce Documents In Response to Plaintiff's First Request for Production of Documents* filed by |

| | | Wells Fargo Bank, N.A.. Replies due by 8/22/2016. (Mahfood, Daniel) (Entered: 08/12/2016) |
|---|---|---|
| 08/12/2016 | 101 | RESPONSE in Opposition re 84 MOTION to Deem Admitted, Or in the Alternative to MOTION to Compel *Responses to, Plaintiff's First Request for Admissions* filed by Wells Fargo Bank, N.A.. Replies due by 8/22/2016. (Attachments: # 1 Exhibit A - July 27, 2016 Hearing Transcript Excerpts, # 2 Exhibit B - August 2-7, 2016 E-mail Chain)(Mahfood, Daniel) (Entered: 08/12/2016) |
| 08/12/2016 | 102 | NOTICE of Attorney Appearance by Sara F. Holladay-Tobias on behalf of Wells Fargo Bank, N.A.. Attorney Sara F. Holladay-Tobias added to party Wells Fargo Bank, N.A. (pty:dft). (Holladay-Tobias, Sara) (Entered: 08/12/2016) |
| 08/15/2016 | 103 | RESPONSE in Support re 84 MOTION to Deem Admitted, Or in the Alternative to MOTION to Compel *Responses to, Plaintiff's First Request for Admissions* filed by Anna Miller. (Attachments: # 1 Exhibit A - Aug. 3, 2016 Email from S. Rosenwasser, # 2 Exhibit B - July 27, 2016, Transcript)(Amron, Brett) (Entered: 08/15/2016) |
| 08/15/2016 | 104 | PAPERLESS Minute Entry for proceedings held before Magistrate Judge Alicia M. Otazo-Reyes: Motion Hearing held on 8/15/2016 re 90 MOTION to Compel *Defendant Wells Fargo to Produce Documents In Response to Plaintiff's First Request for Production of Documents* filed by Anna Miller, 84 MOTION to Deem Admitted, Or in the Alternative to MOTION to Compel *Responses to, Plaintiff's First Request for Admissions* filed by Anna Miller. APPEARANCES: FOR THE PLAINTIFFS - NAVEEN RAMACHANDRAPPA, ESQ. AND JEREMY KORCH, ESQ.; FOR THE DEFENDANT - K. ISAAC DEVYVER, ESQ. AND SARA HOLLADAY-TOBIAS, ESQ. Order to follow. (Digital 15:00:21.) (sl) (Entered: 08/15/2016) |
| 08/15/2016 | 106 | REPLY to Response to Motion re 84 MOTION to Deem Admitted, Or in the Alternative to MOTION to Compel *Responses to, Plaintiff's First Request for Admissions* filed by Anna Miller, Samantha Phillips. (ls)(See Image at DE # 103 ) (Entered: 08/16/2016) |
| 08/16/2016 | 105 | ORDER denying without prejudice 84 Motion; granting in part 90 MOTION to Compel *Defendant Wells Fargo to Produce Documents In Response to Plaintiff's First Request for Production of Documents*. Signed by Magistrate Judge Alicia M. Otazo-Reyes on 8/15/2016. (eno) (Entered: 08/16/2016) |
| 08/16/2016 | 107 | Clerks Notice to Filer re 103 Response in Support of Motion,. **Wrong Event Selected**; ERROR - The Filer selected the wrong event. The document was re-docketed by the Clerk, see [de#106]. It is not necessary to refile this document. (ls) (Entered: 08/16/2016) |
| 08/24/2016 | 108 | TRANSCRIPT of DAR hearing held on 8/15/16 before Magistrate Judge Alicia M. Otazo-Reyes, 1-23 pages, Court Reporter: Tammy Nestor, 954-769-5488 / Tammy_Nestor@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/19/2016. Redacted Transcript Deadline set for 9/29/2016. Release of Transcript Restriction set for 11/25/2016. (tnr) (Entered: 08/24/2016) |
| 08/26/2016 | 109 | MOTION to Amend/Correct 1 Complaint by Anna Miller. (Attachments: # 1 Exhibit A - (Redline form) Proposed First Amended Complaint, # 2 Exhibit B - Proposed First Amended Complaint, # 3 Exhibit 1 - Multistate FHA Fixed Rate Note, # 4 Exhibit 2 - Pages from 43301x8hsgh - HUD Form, # 5 Exhibit 3 - Pages from 43301c5hsgh, # 6 Exhibit 4 - Interest costs don't end with payoff of FHA loan - tribunedigital-chicagotribune, # 7 Exhibit 5 - The Very New Deal _ How FHA Mortgages Are Changing for 2015 - The Simple Dollar, # 8 Exhibit 6 - FHA will stop lenders from charging extra interest when homeowners sell or refinance - The Washington Post, # 9 Exhibit 7 - |

| | | |
|---|---|---|
| | | Controversial FHA payoff rule to end - latimes, # 10 Exhibit 8 - 2013-07-23 Wells Fargo Ltr to Anna Miller re Payoff_Redacted)(Amron, Brett) Modified Relief on 8/29/2016 (ls). (Entered: 08/26/2016) |
| 08/29/2016 | 110 | MOTION for Contempt *[to hold Wells Fargo Bank, N.A. in Contempt] of this Court's July 27, 2016 Order* ( Responses due by 9/15/2016), MOTION for Sanctions by Anna Miller. (Attachments: # 1 Exhibit A - Wells Fargo's Second Supplemental Responses to Plaintiff's First Set of Interrogatories Nos. 1-4, # 2 Exhibit B - 7/27 Hearing Transcript) (Amron, Brett) (Entered: 08/29/2016) |
| 08/29/2016 | 111 | Clerks Notice to Filer re 109 MOTION for Leave to File / *Amend the Complaint*. **Wrong Motion Relief(s) Selected**; ERROR - The Filer selected the wrong motion relief(s) when docketing the motion. The correction was made by the Clerk. It is not necessary to refile this document but future motions filed must include applicable reliefs. (ls) (Entered: 08/29/2016) |
| 08/29/2016 | 112 | ORDER granting 109 Motion to Amend 1 Complaint. *Clerks Notice: Filer must separately re-file the amended pleading pursuant to Local Rule 15.1, unless otherwise ordered by the Judge.* Answer to Amended Complaint due 9/13/2016. Signed by Judge Ursula Ungaro on 8/29/2016. (ls) (Entered: 08/29/2016) |
| 08/29/2016 | 113 | ORDER REFERRING 110 MOTION for Contempt *[to hold Wells Fargo Bank, N.A. in Contempt] of this Court's July 27, 2016 Order* MOTION for Sanctions filed by Anna Miller Motions referred to Judge Alicia M. Otazo-Reyes Signed by Judge Ursula Ungaro on 8/29/2016. (jt00) (Entered: 08/29/2016) |
| 08/29/2016 | 114 | APPEAL of Magistrate Judge 105 Order on Motion for Miscellaneous Relief,, Order on Motion to Compel,,, to District Court *regarding Plaintiff's First Requests for Admission* (Attachments: # 1 Exhibit A - First Requests for Admissions, # 2 Exhibit B - Response to First Request for Admissions, # 3 Exhibit C - First Supplemental and Amended Responses to First Requests for Admission)(Amron, Brett) Modified Text on 8/30/2016 (ls). (Entered: 08/29/2016) |
| 08/30/2016 | 115 | ORDER Requiring Response re 114 APPEAL of Magistrate Judge 105 Order on Motion for Miscellaneous Relief,, Order on Motion to Compel,,, to District Court *regarding Plaintiff's First Requests for Admission*. Response due 9/15/2016 Reply due 9/26/2016. Signed by Judge Ursula Ungaro on 8/30/2016. (ls) (Entered: 08/30/2016) |
| 09/02/2016 | 116 | Defendant's MOTION Motion for Entry of Its Proposed ESI Protocol with Incorporated Memorandum of Law by Wells Fargo Bank, N.A.. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Holladay-Tobias, Sara) (Entered: 09/02/2016) |
| 09/02/2016 | 117 | MOTION to Remedy Wells Fargo Bank, N.A.'s Violation of this Court's Direction and Order re 105 Order on Motion for Miscellaneous Relief,, Order on Motion to Compel,,, by Anna Miller. (Attachments: # 1 Exhibit A - Dorado v Bank of America, 81 2016-08-12 Order, # 2 Exhibit B - 2016-08-15 Hearing Transcript, # 3 Exhibit C - Dorado v Bank of America, 93 2016-08-31 Order, # 4 Exhibit D - 2016-08-31 Email, # 5 Exhibit E - ESI Hits Report)(Amron, Brett) (Entered: 09/02/2016) |
| 09/06/2016 | 118 | ORDER REFERRING 117 MOTION to Remedy Wells Fargo Bank, N.A.'s Violation of this Court's Direction and Order re 105 to Judge Alicia M. Otazo-Reyes to take all necessary and proper action as required by law. Signed by Judge Ursula Ungaro on 9/6/2016. (pes) (Entered: 09/06/2016) |
| 09/06/2016 | 119 | PAPERLESS ORDER Setting Telephonic Hearing on 117 MOTION to Remedy Wells Fargo Bank, N.A.'s Violation of this Court's Direction and Order for 9/16/2016 at 3:00 PM in Miami Division before Magistrate Judge Alicia M. Otazo-Reyes. Counsel shall call the conference number 1-888-684-8852 at the appointed time, then enter access code |

| | | |
|---|---|---|
| | | 4791317 and security code 0916. Signed by Magistrate Judge Alicia M. Otazo-Reyes on 9/6/2016. (eno) (Entered: 09/06/2016) |
| 09/07/2016 | 120 | ORDER REFERRING 116 Defendant's MOTION for Entry of its Proposed ESI Protocol with Incorporated Memorandum of Law filed by Wells Fargo Bank, N.A. Motions referred to Judge Alicia M. Otazo-Reyes. Signed by Judge Ursula Ungaro on 9/6/2016. (ls) (Entered: 09/07/2016) |
| 09/07/2016 | 121 | PAPERLESS SUPPLEMENTAL ORDER re Telephonic Motion Hearing set for 9/16/2016 at 3:00 PM. At the Telephonic Hearing, the Court will also address 116 Defendant's MOTION Motion for Entry of Its Proposed ESI Protocol. Signed by Magistrate Judge Alicia M. Otazo-Reyes on 9/7/2016. (eno) (Entered: 09/07/2016) |
| 09/12/2016 | 122 | RESPONSE to 109 Motion to Amend/Correct 1 Complaint *Defendant Wells Fargo Bank, N.A.'s Answer to Amended Complaint and Affirmative Defenses* by Wells Fargo Bank, N.A.. (Holladay-Tobias, Sara) (Entered: 09/12/2016) |
| 09/12/2016 | 123 | ORDER TO SHOW CAUSE as to why the parties have not yet scheduled their Mediation. Show Cause Response due by 9/19/2016. Signed by Judge Ursula Ungaro on 9/12/2016. (ls) (Entered: 09/13/2016) |
| 09/14/2016 | 124 | Notice of Mediation Hearing before Mediator, Terrance White filed by Anna Miller. Mediation Hearing set for 12/13/2016 (Attachments: # 1 Text of Proposed Order Order Scheduling Mediation)(Amron, Brett) (Entered: 09/14/2016) |
| 09/15/2016 | 125 | RESPONSE in Opposition re 110 MOTION for Contempt *[to hold Wells Fargo Bank, N.A. in Contempt] of this Court's July 27, 2016 Order* MOTION for Sanctions filed by Wells Fargo Bank, N.A.. Replies due by 9/26/2016. (Attachments: # 1 Exhibit A Email, # 2 Exhibit B Hearing Transcript)(Holladay-Tobias, Sara) (Entered: 09/15/2016) |
| 09/15/2016 | 126 | Defendant's RESPONSE to 114 APPEAL of Magistrate Judge 105 Order on Motion for Miscellaneous Relief,, Order on Motion to Compel,,, to District Court *regarding Plaintiff's First Requests for Admission* by Wells Fargo Bank, N.A.. (Attachments: # 1 Exhibit A Hearing Transcripts Excerpts, # 2 Exhibit B Hearing Transcripts Excerpts, # 3 Exhibit C Plaintiff's Third Interrogatories)(Holladay-Tobias, Sara) (Entered: 09/15/2016) |
| 09/15/2016 | | SYSTEM ENTRY - Docket Entry 129 [respm] restricted/sealed until further notice. (ls) (Entered: 09/16/2016) |
| 09/16/2016 | 127 | RESPONSE in Opposition re 116 Defendant's MOTION Motion for Entry of Its Proposed ESI Protocol with Incorporated Memorandum of Law filed by Anna Miller. Replies due by 9/26/2016. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Amron, Brett) (Entered: 09/16/2016) |
| 09/16/2016 | 128 | RESPONSE in Opposition re 117 MOTION to Remedy Wells Fargo Bank, N.A.'s Violation of this Court's Direction and Order re 105 Order on Motion for Miscellaneous Relief,, Order on Motion to Compel,,, filed by Wells Fargo Bank, N.A.. Replies due by 9/26/2016. (Holladay-Tobias, Sara) Modified Text on 9/16/2016 (ls). (Entered: 09/16/2016) |
| 09/16/2016 | 130 | Clerks Notice to Filer re 128 Response in Opposition to Motion,. **Wrong Event Selected**; Modified Text Notice Sent in Error on 9/16/2016 (ls). (Entered: 09/16/2016) |
| 09/16/2016 | 131 | Corrected Clerks Notice to Filer re 130 Clerks Notice of Docket Correction and Instruction to Filer - Attorney,,. Please Disregard Previous Clerks Notice. (ls) (Entered: 09/16/2016) |
| 09/16/2016 | 132 | REPLY to Response to Motion re 110 MOTION for Contempt *[to hold Wells Fargo Bank, N.A. in Contempt] of this Court's July 27, 2016 Order* MOTION for Sanctions |

| | | |
|---|---|---|
| | | filed by Anna Miller. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Amron, Brett) (Entered: 09/16/2016) |
| 09/16/2016 | 133 | PAPERLESS Minute Entry for proceedings held before Magistrate Judge Alicia M. Otazo-Reyes: Motion Hearing held on 9/16/2016 re 117 MOTION to Remedy Wells Fargo Bank, N.A.'s Violation of this Court's Direction and Order re 105 Order on Motion for Miscellaneous Relief,, Order on Motion to Compel,,, filed by Anna Miller, 116 Defendant's MOTION Motion for Entry of Its Proposed ESI Protocol with Incorporated Memorandum of Law filed by Wells Fargo Bank, N.A.. APPEARANCES: FOR THE PLAINTIFF - FREDERIC J. BOLD, JR., ESQ., ADAM HOIPKEMIER, ESQ., JEREMY KORCH, ESQ., NAVEEN RAMACHANDRAPPA, ESQ. AND STEVEN ROSENWASSER, ESQ.; FOR THE DEFENDANTS - SARA F. HOLLADAY-TOBIAS, ESQ. AND K. ISAAC DE VYVER, ESQ. Order to follow. (Digital 15:01:02.) (sl) modified on 9/22/2016 (sl). (Entered: 09/16/2016) |
| 09/16/2016 | 134 | ORDER granting in part 116 Defendant's MOTION Motion for Entry; denying as moot 117 MOTION to Remedy. Signed by Magistrate Judge Alicia M. Otazo-Reyes on 9/16/2016. (eaa) Modified Action Type on 9/19/2016 (ls). (Entered: 09/16/2016) |
| 09/19/2016 | 135 | ORDER Scheduling Mediation before Terrance White. Mediation Hearing set for 12/13/2016. Signed by Judge Ursula Ungaro on 9/19/2016. (ls) (Entered: 09/19/2016) |
| 09/19/2016 | 136 | PAPERLESS ORDER Setting Hearing on 110 MOTION for Contempt for 10/5/2016 at 2:00 PM in Miami Division before Magistrate Judge Alicia M. Otazo-Reyes. Signed by Magistrate Judge Alicia M. Otazo-Reyes on 9/19/2016. (eaa) (Entered: 09/19/2016) |
| 09/20/2016 | 137 | TRANSCRIPT of discovery hearing held on 9-16-2016 before Magistrate Judge Alicia M. Otazo-Reyes, 1-16 pages, Court Reporter: Dawn Savino, 305-523-5598 / Dawn_Savino@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/14/2016. Redacted Transcript Deadline set for 10/24/2016. Release of Transcript Restriction set for 12/22/2016. (dwh) (Entered: 09/20/2016) |
| 09/22/2016 | 138 | Joint MOTION regarding Expert Discovery by Anna Miller. Responses due by 10/11/2016 (Attachments: # 1 Text of Proposed Order)(Amron, Brett) Modified Text on 9/23/2016 (ls). (Entered: 09/22/2016) |
| 09/26/2016 | 139 | REPLY to Response to Motion re 114 APPEAL of Magistrate Judge 105 Order on Motion for Miscellaneous Relief,, Order on Motion to Compel,,, to District Court *regarding Plaintiff's First Requests for Admission* filed by Anna Miller. (Amron, Brett) (Entered: 09/26/2016) |
| 09/27/2016 | 140 | MOTION for Hearing *[Emergency] Request for Telephone Hearing* by Anna Miller. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Amron, Brett) (Entered: 09/27/2016) |
| 09/27/2016 | 141 | Amended EMERGENCY MOTION with Certification of Emergency attached *and Request for Telephone Hearing (amended to include certification of emergency)* by Anna Miller. Responses due by 10/14/2016 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Certification of Emergency)(Amron, Brett) Modified on 9/28/2016 (ch1). (Entered: 09/27/2016) |
| 09/28/2016 | 142 | ORDER REFERRING 140 MOTION for Hearing *[Emergency] Request for Telephone Hearing* filed by Anna Miller, 141 Amended EMERGENCY MOTION with Certification of Emergency attached *and Request for Telephone Hearing (amended to include certification of emergency)* filed by Anna Miller Motions referred to Judge Alicia M. Otazo-Reyes Signed by Judge Ursula Ungaro on 9/28/2016. (jt00) (Entered: 09/28/2016) |

| 09/28/2016 | 143 | ORDER Regarding Expert Discovery. Signed by Judge Ursula Ungaro on 9/23/2016. (ls) (Entered: 09/28/2016) |
|---|---|---|
| 09/28/2016 | 144 | PAPERLESS ORDER denying as moot 140 MOTION for Hearing; granting 141 Amended EMERGENCY MOTION. A Telephonic Hearing is hereby SET for 10/4/2016 at 3:00 PM in Miami Division before Magistrate Judge Alicia M. Otazo-Reyes. Counsel shall call the conference number 1-888-684-8852 at the appointed time, then enter access code 4791317 and security code 1004. Signed by Magistrate Judge Alicia M. Otazo-Reyes on 9/28/2016. (eaa) (Entered: 09/28/2016) |
| 09/28/2016 | 145 | PAPERLESS AMENDED ORDER re 144 PAPERLESS ORDER. A Telephonic Hearing on 141 Amended EMERGENCY MOTION is hereby SET for 10/4/2016 at 3:00 PM in Miami Division before Magistrate Judge Alicia M. Otazo-Reyes. Counsel shall call the conference number 1-888-684-8852 at the appointed time, then enter access code 4791317 and security code 1004. Signed by Magistrate Judge Alicia M. Otazo-Reyes on 9/28/2016. (eaa) (Entered: 09/28/2016) |
| 09/28/2016 | 146 | Order Vacating 142 Order Referring Motion, Cancelling Hearing set for 10/4/2016, 141 Amended EMERGENCY MOTION with Certification of Emergency attached *and Request for Telephone Hearing (amended to include certification of emergency)*.( Responses due by 9/29/2016). Signed by Judge Ursula Ungaro on 9/28/2016. (ls) (Entered: 09/28/2016) |
| 09/28/2016 | 147 | ORDER granting in part and denying in part 114 Appeal/Objection of Magistrate Judge Order to District Court. Setting Aside 105 Order Denying Motion re: Requests for Admission; Defendant's Response to Request for Admissions due 10/10/2016. Signed by Judge Ursula Ungaro on 9/28/2016. (ls) (Entered: 09/29/2016) |
| 09/29/2016 | 148 | Defendant's RESPONSE to 146 Order Cancelling Deadline/Hearing, Order to Vacate, Set/Reset Motion/R&R Deadlines and Hearings,,, 141 Amended EMERGENCY MOTION with Certification of Emergency attached *and Request for Telephone Hearing (amended to include certification of emergency)* by Wells Fargo Bank, N.A.. (Attachments: # 1 Exhibit A Responses to Court Order Questions, # 2 Exhibit B Plaintiff's Third Amended Notice of Rule 30(b)(6) Deposition)(Holladay-Tobias, Sara) Modified Text on 9/30/2016 (ls). (Entered: 09/29/2016) |
| 09/30/2016 | 149 | ORDER denying 141 Emergency Motion/Certification of Emergency for Telephone Hearing. Signed by Judge Ursula Ungaro on 9/30/2016. (ls) (Entered: 09/30/2016) |
| 10/05/2016 | 150 | PAPERLESS Minute Entry for proceedings held before Magistrate Judge Alicia M. Otazo-Reyes: Motion Hearing held on 10/5/2016 re 110 MOTION for Contempt *[to hold Wells Fargo Bank, N.A. in Contempt]* of this Court's July 27, 2016 Order MOTION for Sanctions filed by Anna Miller. APPEARANCES: FOR THE PLAINTIFFS - NAVEEN RAMACHANDRAPPA, ESQ. AND JEREMY KORCH, ESQ.; FOR THE DEFENDANT - K. ISAAC DEVYVER, ESQ. Motion denied. Order to follow. (Digital 13:59:52.) (sl) (Entered: 10/05/2016) |
| 10/05/2016 | 151 | ORDER denying 110 MOTION for Contempt; denying 110 MOTION for Sanctions. Signed by Magistrate Judge Alicia M. Otazo-Reyes on 10/5/2016. (eaa) (Entered: 10/05/2016) |
| 10/13/2016 | 152 | MOTION for clarification 143 Order by Anna Miller. Responses due by 10/31/2016 (Amron, Brett). Added MOTION to Amend/Correct 143 Order on 10/14/2016 (ls). (Entered: 10/13/2016) |
| 10/14/2016 | 153 | ORDER Expediting Response as to 152 MOTION for clarification 143 Order, MOTION to Amend/Correct 152 Order ( Responses due by 10/17/2016). Signed by Judge Ursula Ungaro on 10/13/2016. (ls) (Entered: 10/14/2016) |

| 10/14/2016 | 154 | Clerks Notice to Filer re 152 MOTION for clarification 143 Order *[or Amend Order Regarding Expert Discovery]*. **Motion with Multiple Reliefs Filed as One Relief;** ERROR - The Filer selected only one relief event and failed to select the additional corresponding events for each relief requested in the motion. The docket entry was corrected by the Clerk. It is not necessary to refile this document but future filings must comply with the instructions in the CM/ECF Attorney User's Manual. (ls) (Entered: 10/14/2016) |
| 10/14/2016 | 155 | TRANSCRIPT of discovery hearing held on 10-5-2016 before Magistrate Judge Alicia M. Otazo-Reyes, 1-32 pages, Court Reporter: Dawn Savino, 305-523-5598 / Dawn_Savino@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/7/2016. Redacted Transcript Deadline set for 11/17/2016. Release of Transcript Restriction set for 1/17/2017. (dwh) (Entered: 10/14/2016) |
| 10/17/2016 | 156 | Joint MOTION for Extension of Time to Complete Discovery *Regarding Expert Discovery* by Wells Fargo Bank, N.A.. (Attachments: # 1 Text of Proposed Order) (Holladay-Tobias, Sara) Modified Text on 10/18/2016 (ls). (Entered: 10/17/2016) |
| 10/18/2016 | 157 | ORDER Regarding Expert Discovery. Signed by Judge Ursula Ungaro on 10/18/2016. (ls) (Entered: 10/19/2016) |
| 10/24/2016 | 158 | STATUS REPORT *Interim Joint* by Anna Miller (Amron, Brett) Modified Text on 10/25/2016 (ls). (Entered: 10/24/2016) |
| 11/10/2016 | | SYSTEM ENTRY - Docket Entry 159 [misc] restricted/sealed until further notice. (809048) (Entered: 11/10/2016) |
| 11/10/2016 | 160 | MOTION to Publicly File Documents Wells Fargo Incorrectly Demands Plaintiff Seal by Anna Miller. (Attachments: # 1 Exhibit A - Filed Under Seal at DE 159, # 2 Exhibit B - Filed Under Seal at DE 159, # 3 Exhibit C - November 8, 2016 emails between counsel, # 4 Exhibit D - [Proposed] Order Granting Plaintiff's Motion to Publicly File Documents Wells Fargo Incorrectly Demands Plaintiff Seal)(Amron, Brett) (Entered: 11/10/2016) |
| 11/14/2016 | 161 | ORDER Expediting Response as to 160 MOTION to Publicly File Documents Wells Fargo Incorrectly Demands Plaintiff Seal .( Responses due by 11/15/2016) Signed by Judge Ursula Ungaro on 11/14/2016. (ls) (Entered: 11/14/2016) |
| 11/14/2016 | 162 | NOTICE OF WITHDRAWAL OF MOTION by Anna Miller re 160 MOTION to Publicly File Documents Wells Fargo Incorrectly Demands Plaintiff Seal filed by Anna Miller *and of 159 Sealed Documents* (Amron, Brett) (Entered: 11/14/2016) |
| 11/21/2016 | | SYSTEM ENTRY - Docket Entry 163 [misc] restricted/sealed until further notice. (809048) (Entered: 11/21/2016) |
| 11/21/2016 | 164 | MOTION to Seal *[to file Exhibits under Seal]* per Order authorizing the submission of this document under seal by Anna Miller. (Attachments: # 1 Exhibit A - [Proposed] Order Granting Plaintiff's Motion to File Exhibits Under Seal) (Amron, Brett) (Entered: 11/21/2016) |
| 11/21/2016 | 165 | MOTION to Certify Class *[for Class Certification]* by Anna Miller. Responses due by 12/8/2016 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H - Filed Under Seal at DE 163, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N) (Amron, Brett) (Entered: 11/21/2016) |
| 11/30/2016 | 166 | ORDER Granting 164 Motion to Seal. Signed by Judge Ursula Ungaro on 11/29/2016. |

| | | (See Order for full details) (nc) (Entered: 11/30/2016) |
|---|---|---|
| 12/08/2016 | 167 | MOTION for Leave to File Excess Pages *for Response to Motion for Class Certification* by Wells Fargo Bank, N.A.. (Holladay-Tobias, Sara) (Entered: 12/08/2016) |
| 12/08/2016 | 168 | RESPONSE in Opposition re 167 MOTION for Leave to File Excess Pages *for Response to Motion for Class Certification* filed by Anna Miller. Replies due by 12/15/2016. (Amron, Brett) (Entered: 12/08/2016) |
| 12/13/2016 | 169 | ORDER granting 167 Motion for Leave to File Excess Pages. Signed by Judge Ursula Ungaro on 12/12/2016. (ls) (Entered: 12/13/2016) |
| 12/20/2016 | 170 | FINAL MEDIATION REPORT by Terrence M. White. Disposition: Case did not settle. (Amron, Brett) (Entered: 12/20/2016) |
| 12/23/2016 | 171 | RESPONSE in Opposition re 165 MOTION to Certify Class *[for Class Certification] Wells Fargo Bank, N.A.'s Opposition to Plaintiff's Motion for Class Certification* filed by Wells Fargo Bank, N.A.. Replies due by 12/30/2016. (Attachments: # 1 Exhibit 1 Miller Ex. 32, # 2 Exhibit 2 Miller Dep. Tr. excerpts, # 3 Exhibit 3 Miller Ex. 43, # 4 Exhibit 4 Miller Dep. Ex. compilation, # 5 Exhibit 5 Montgomery Declaration and Report, # 6 Exhibit 6 Burns Declaration with Report, # 7 Exhibit 7 Garner Declaration and Report, # 8 Exhibit 8 Leo Dep. Tr. excerpts, # 9 Exhibit 9 Fasios Dep. Tr. excerpts, # 10 Exhibit 10 Leo Declaration, # 11 Exhibit 11 Fortune Rebuttal Report, # 12 Exhibit 12 Smith dep. Tr. excerpts, # 13 Exhibit 13 Interrogatory Responses (2nd set), # 14 Exhibit 14 RFA Responses (Miller 25), # 15 Exhibit 15 Fee Agreement (Miller))(Holladay-Tobias, Sara) (Entered: 12/23/2016) |
| 12/27/2016 | 172 | Defendant's MOTION for Summary Judgment *Defendant Wells Fargo Bank, N.A.'s Motion for Summary Judgment and Incorporated Memorandum of Law* by Wells Fargo Bank, N.A.. Responses due by 1/10/2017 (Holladay-Tobias, Sara) (Entered: 12/27/2016) |
| 12/27/2016 | 173 | RESPONSE/STATEMENT OF MATERIAL FACTS in Support re 172 Defendant's MOTION for Summary Judgment *Defendant Wells Fargo Bank, N.A.'s Motion for Summary Judgment and Incorporated Memorandum of Law Defendant's Statement of Material Facts In Support Of Its Motion for Summary Judgment* filed by Wells Fargo Bank, N.A.. (Holladay-Tobias, Sara) Modified text to reflect document description per attorney on 12/28/2016 (pes). (Entered: 12/27/2016) |
| 12/28/2016 | 174 | NOTICE by Anna Miller *of Filing Deposition Transcripts and Errata Sheets* (Attachments: # 1 Deposition Deposition of Jody Leo dated October 19, 2016, # 2 Deposition Deposition of Anna Miller dated October 28, 2016 with attached Errata Sheet, # 3 Deposition Deposition of Nicolas Fasios dated November 15, 2016, # 4 Deposition Deposition of Karen Fortune dated December 7, 2016 with Errata Sheet, # 5 Deposition Deposition of David Loshin dated December 7, 2016 with Errata Sheet, # 6 Deposition Deposition of Margaret Burns dated December 14, 2016, # 7 Deposition Deposition of Karen Garner dated December 14, 2016, # 8 Deposition Deposition of Brian Montgomery dated December 14, 2016) (Amron, Brett) (Entered: 12/28/2016) |
| 12/28/2016 | 175 | NOTICE by Anna Miller *of Filing Appendices in Support of Motion for Summary Judgment and for All Other Purposes* (Attachments: # 1 Appendix 1 Exemplar Notes, # 2 Appendix 2 Excerpts from Depo. of Jody Leo, # 3 Appendix 3 Expert Report of Margaret Burns, # 4 Appendix 4 Anna Miller Note Exhibit, # 5 Appendix 5 Excerpts from Depo of Brian Montgomery, # 6 Appendix 6 Exhibit from Deposition of Brian Montgomery, # 7 Appendix 7 Declaration of Steven Rosenwasser with Exhibits, # 8 Appendix 8 Defendants First Supplemental Amended Responses to Plaintiff's First RFAs, # 9 Appendix 9 Defendant's Fifth Supplemental Responses to Interrogatories, # 10 Appendix 10 - Excerpts from Depo. of Anna Miller, # 11 Appendix 11 - Excerpts from Depo. of |

| | | |
|---|---|---|
| | | Renee Mueller, # 12 Appendix 12 - Letter from Wells Fargo to Anna Miller re: Payoff Statement, # 13 Appendix 13 - Chart of FHA Letter Verbiage, # 14 Appendix 14 Expert Report of Karen Garner, # 15 Appendix 15 Letter from K. Baker to D. Kobayashi, # 16 Appendix 16 Excerpts from Depo. of Nicolas Fasois, # 17 Appendix 17 Excerpts from Depo. of Margaret Burns, # 18 Appendix 18 U.S. Department of HUD Handbook, # 19 Appendix 19 Payoff Procedure Dislosure, # 20 Appendix 20 HUD and Urban Development Website Capture, # 21 Appendix 21 Expert Report of Brian Montgomery, # 22 Appendix 22 Excerpts from Depo. of Karen Garner, # 23 Appendix 23 Email String between C. Massey, etc. re: FHA Payoff Calculation, # 24 Appendix 24 US HUD Office of Single Family Housing Section 203(k) Rehab. Mortgage Ins. Program, # 25 Appendix 25 US HUD Office of Single Family Housing - Property Flipping Waiver, # 26 Appendix 26 Rebuttal Report of Karen Fortune, # 27 Appendix 27 Supplemental Report of David Loshin, # 28 Appendix 28 Expert Report of Karl Jarek, # 29 Appendix 29 Excerpts from Depo. of Karen Fortune, # 30 Appendix 30 Defendant's Responses to Plaintiff's Second Interrogatories, # 31 Appendix 31 Blank Mortgagee's Notice of Mortgagor, # 32 Appendix 32 Letter from Wells Fargo Home Mortgage re: Payoff Statement, # 33 Appendix 33 Defendant's Responses to Third Interrogatories, # 34 Appendix 34 Letter from C. Luna to A. Hoipkemier re: Response to Inquiry, # 35 Appendix 35 Defendant's Supplemental Response to Plaintiff's Fourth Interrogatories, # 36 Appendix 36 Expert Report of Karen Fortune, # 37 Appendix 37 Plaintiff's Second Amended Responses to Defendant's First Interrogatories) (Amron, Brett) (Entered: 12/28/2016) |
| 12/28/2016 | 176 | Sealed Document Removed pursuant to 187 Order (Main Document 176 replaced on 1/6/2017) (nc). Modified docket text on 1/6/2017 (nc). (Entered: 12/28/2016) |
| 12/28/2016 | | SYSTEM ENTRY - Docket Entry 177 [misc] restricted/sealed until further notice. (809048) (Entered: 12/28/2016) |
| 12/28/2016 | 178 | Plaintiff's MOTION to Seal *Brief in Support of Plaintiff's and the Class's Motion for Summary Judgment [D.E. 176] and Certain Exhibits to the Appendix [D.E. 175]* per Local Rule 5.4 by Anna Miller. (Amron, Brett) (Entered: 12/28/2016) |
| 12/28/2016 | 179 | Plaintiff's MOTION for Summary Judgment *'s Statement of Undisputed Facts* by Anna Miller. Responses due by 1/11/2017 (Amron, Brett) (Entered: 12/28/2016) |
| 12/28/2016 | 180 | MOTION for the Court to take Judicial Notice in Support of her and the Class's Motion for Summary Judgment [D.E. 176, 179] re 179 Plaintiff's MOTION for Summary Judgment *'s Statement of Undisputed Facts* by Anna Miller. (Amron, Brett) (Entered: 12/28/2016) |
| 12/30/2016 | 181 | NOTICE by Anna Miller re 174 Notice (Other),, *to withdraw the Notice of Filing Deposition Transcripts and Errata Sheets and to Strike the Same* (Amron, Brett) (Entered: 12/30/2016) |
| 01/03/2017 | 182 | NOTICE by Anna Miller *to Correct Title of [D.E. 176]* (Amron, Brett) (Entered: 01/03/2017) |
| 01/03/2017 | 183 | Plaintiff's MOTION Motion to Exclude The Expert Report, Opinions, and Testimony of Brian Montgomery by Anna Miller. (Attachments: # 1 Exhibit Excerpts from Deposition of Brian Montgomery, # 2 Exhibit Exhibit 31 from Miller Deposition, # 3 Exhibit Exhibit 66 from Deposition of Montgomery, # 4 Exhibit Excerpts from Deposition of Jody Leo, # 5 Exhibit Exhibit 43 from Miller's Deposition, # 6 Exhibit Brian Montgomery's Expert Report, # 7 Exhibit Exhibit 62 from Montgomery Deposition, # 8 Exhibit Exhibit 65 to Deposition of Brian Montgomery)(Amron, Brett) (Entered: 01/03/2017) |
| 01/03/2017 | 184 | Plaintiff's MOTION to Exclude the Expert Report, Opinions and Testimony of Margaret Burns by Anna Miller. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 |

| | | Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11)(Amron, Brett) (Entered: 01/03/2017) |
|---|---|---|
| 01/03/2017 | 185 | Plaintiff's MOTION to Exclude the Expert Report, Opinions and Testimony of Karen Garner by Anna Miller. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11)(Amron, Brett) (Entered: 01/03/2017) |
| 01/04/2017 | 186 | Plaintiff's MOTION for Summary Judgment *and Incorporated Brief In Support of the Plaintiff's and the Class's Motion for Summary Judgment* by Anna Miller. Responses due by 1/18/2017 (Amron, Brett) (Entered: 01/04/2017) |
| 01/06/2017 | 187 | ORDER re 178 Plaintiff's Motion to Seal Brief in Support of Plaintiff's and the Class's Motion for Summary Judgment [D.E. 176] and Certain Exhibits to the Appendix [D.E. 175] is GRANTED IN PART. The Clerk of Court SHALL MAINTAIN UNDER SEAL D.E. 177, 177-6, and 177-7. It is further ORDERED AND ADJUDGED that the Clerk of Court SHALL REMOVE FROM CM/ECF D.E. 176, 177-1, 177-2, 177-3, 177-4, 177-5, 177-8, and 177-9. It is ORDERED AND ADJUDGED that Plaintiff, SHALL file, not under seal, the aforementioned docket entries removed from CM/ECF, including an un-redacted Brief in Support of Plaintiff's and the Class's Motion for Summary Judgment, found D.E. 176 and D.E. 177-9, by Wednesday, January 11, 2017. It is further ORDERED AND ADJUDGED that Plaintiff SHALL conventionally file Exhibit "A" to Appendix Exhibit 27 under seal with Clerk of Court on a thumb drive, on or before Wednesday, January 11, 2017. Signed by Judge Ursula Ungaro on 1/5/2017. (nc) (Entered: 01/06/2017) |
| 01/06/2017 | 188 | CLERK'S NOTICE of Compliance pursuant to 187 Order (nc) (Entered: 01/06/2017) |
| 01/09/2017 | 189 | NOTICE by Anna Miller *of Filing Appendices in Support of Motion for Summary Judgment and for All Other Purposes* (Attachments: # 1 Appendix 1 Exemplar Notes (Part 1 of 5), # 2 Appendix 1 Exemplar Notes (Part 2 of 5), # 3 Appendix 1 Exemplar Notes (Part 3 of), # 4 Appendix 1 Exemplar Notes (Part 4 of 5), # 5 Appendix 1 Exemplar Notes (Part 5 of 5), # 6 Appendix 32 Letter from Wells Fargo Home Mortgage Regarding Payoff) (Amron, Brett) (Entered: 01/09/2017) |
| 01/09/2017 | 190 | Plaintiff's MOTION for Summary Judgment *and Incorporated Brief in Support* by Anna Miller. Responses due by 1/23/2017 (Amron, Brett) Modified Text on 1/10/2017 (ls). (Entered: 01/09/2017) |
| 01/09/2017 | | SYSTEM ENTRY - Docket Entry 191 [misc] restricted/sealed until further notice. (nc) (Entered: 01/09/2017) |
| 01/10/2017 | 192 | Plaintiff's RESPONSE to 173 Response in Support of Motion, *[Defendant's Statement of Material Facts In Support of Its Motion for Summary Judgment, Including Plaintiff's Statement of Material Disputed Facts]* by Anna Miller. (Amron, Brett) (Entered: 01/10/2017) |
| 01/10/2017 | 193 | Plaintiff's Brief In Opposition of to 172 Defendant's MOTION for Summary Judgment *Defendant Wells Fargo Bank, N.A.'s Motion for Summary Judgment and Incorporated Memorandum of Law* by Anna Miller. (Amron, Brett) (Entered: 01/10/2017) |
| 01/11/2017 | 194 | RESPONSE in Opposition re 186 Plaintiff's MOTION for Summary Judgment *and Incorporated Brief In Support of the Plaintiff's and the Class's Motion for Summary Judgment*, 190 Plaintiff's MOTION for Summary Judgment *and Incorporated Brief in Support* filed by Wells Fargo Bank, N.A.. Replies due by 1/18/2017. (Holladay-Tobias, Sara) (Entered: 01/11/2017) |
| 01/11/2017 | 195 | RESPONSE in Opposition re 179 Plaintiff's MOTION for Summary Judgment *'s* |

| | | |
|---|---|---|
| | | *Statement of Undisputed Facts* filed by Wells Fargo Bank, N.A.. Replies due by 1/18/2017. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M)(Holladay-Tobias, Sara) (Entered: 01/11/2017) |
| 01/11/2017 | 196 | RESPONSE in Opposition re 180 MOTION for the Court to take Judicial Notice in Support of her and the Class's Motion for Summary Judgment [D.E. 176, 179] re 179 Plaintiff's MOTION for Summary Judgment *'s Statement of Undisputed Facts* filed by Wells Fargo Bank, N.A.. Replies due by 1/18/2017. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Holladay-Tobias, Sara) (Entered: 01/11/2017) |
| 01/11/2017 | 197 | MOTION to Seal *Exhibit H to Response [DE 195] to Plaintiff's Summary Judgment Statement of Material Facts [DE 179]* per Local Rule 5.4 by Wells Fargo Bank, N.A.. (Holladay-Tobias, Sara) (Entered: 01/11/2017) |
| 01/11/2017 | | SYSTEM ENTRY - Docket Entry 198 [misc] restricted/sealed until further notice. (1030187) (Entered: 01/11/2017) |
| 01/11/2017 | 199 | Amended MOTION to Seal *re 197 Exhibit H to Response [DE 195] to Plaintiff's Summary Judgment Statement of Material Facts [DE 179]* per Local Rule 5.4 by Wells Fargo Bank, N.A.. (Attachments: # 1 Text of Proposed Order) (Holladay-Tobias, Sara) (Entered: 01/11/2017) |
| 01/12/2017 | 200 | REPLY to Response to Motion re 165 MOTION to Certify Class *[for Class Certification]* filed by Anna Miller. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Amron, Brett) Modified Text on 1/13/2017 (ls). (Entered: 01/12/2017) |
| 01/17/2017 | 201 | ORDER Granting 197 Motion to Seal, 199 Amended Motion to Seal. The Clerk of Court SHALL MAINTAIN D.E. 198 UNDER SEAL. Signed by Judge Ursula Ungaro on 1/13/2017. (nc) (Entered: 01/17/2017) |
| 01/17/2017 | 202 | REPLY to Response to Motion re 172 Defendant's MOTION for Summary Judgment *Defendant Wells Fargo Bank, N.A.'s Motion for Summary Judgment and Incorporated Memorandum of Law* filed by Wells Fargo Bank, N.A.. (Attachments: # 1 Exhibit V, # 2 Exhibit W, # 3 Exhibit X, # 4 Exhibit Y, # 5 Exhibit Z, # 6 Exhibit AA)(Holladay-Tobias, Sara) (Entered: 01/17/2017) |
| 01/17/2017 | 203 | RESPONSE in Support re 172 Defendant's MOTION for Summary Judgment *Defendant Wells Fargo Bank, N.A.'s Motion for Summary Judgment and Incorporated Memorandum of Law* filed by Wells Fargo Bank, N.A.. (Attachments: # 1 Exhibit V, # 2 Exhibit W, # 3 Exhibit X, # 4 Exhibit Y, # 5 Exhibit Z, # 6 Exhibit AA)(Holladay-Tobias, Sara) Modified Text on 1/18/2017 (ls). (Entered: 01/17/2017) |
| 01/17/2017 | 204 | RESPONSE in Opposition re 183 Plaintiff's MOTION Motion to Exclude The Expert Report, Opinions, and Testimony of Brian Montgomery filed by Wells Fargo Bank, N.A.. Replies due by 1/24/2017. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Holladay-Tobias, Sara) (Entered: 01/17/2017) |
| 01/17/2017 | 205 | RESPONSE in Opposition re 184 Plaintiff's MOTION to Exclude the Expert Report, Opinions and Testimony of Margaret Burns filed by Wells Fargo Bank, N.A.. Replies due by 1/24/2017. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Holladay-Tobias, Sara) (Entered: 01/17/2017) |
| 01/17/2017 | 206 | RESPONSE in Opposition re 185 Plaintiff's MOTION to Exclude the Expert Report, Opinions and Testimony of Karen Garner filed by Wells Fargo Bank, N.A.. Replies due by 1/24/2017. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Holladay-Tobias, Sara) (Entered: 01/17/2017) |

| 01/17/2017 | 208 | REPLY to 173 Response in Support of Motion, by Wells Fargo Bank, N.A.. (ls)(See Image at DE # 203 ) (Entered: 01/18/2017) |
| --- | --- | --- |
| 01/18/2017 | 207 | REPLY to Response to Motion re 180 MOTION for the Court to take Judicial Notice in Support of her and the Class's Motion for Summary Judgment [D.E. 176, 177] re 179 Plaintiff's MOTION for Summary Judgment *'s Statement of Undisputed Facts* filed by Anna Miller. (Attachments: # 1 Exhibit A)(Amron, Brett) Modified Text on 1/19/2017 (ls). (Entered: 01/18/2017) |
| 01/18/2017 | 209 | Clerks Notice to Filer re 203 Response in Support of Motion,. **Wrong Event Selected**; ERROR - The Filer selected the wrong event. The document was re-docketed by the Clerk, see [de#208]. It is not necessary to refile this document. (ls) (Entered: 01/18/2017) |
| 01/18/2017 | 210 | REPLY to Response to Motion re 190 Plaintiff's MOTION for Summary Judgment *and Incorporated Brief in Support* filed by Anna Miller. (Attachments: # 1 Exhibit 1)(Amron, Brett) Modified Text on 1/19/2017 (ls). (Entered: 01/18/2017) |
| 01/19/2017 | 211 | REPLY to Response to Motion re 183 Plaintiff's MOTION Motion to Exclude The Expert Report, Opinions, and Testimony of Brian Montgomery filed by Anna Miller. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Amron, Brett) Modified Text on 1/20/2017 (ls). (Entered: 01/19/2017) |
| 01/24/2017 | 212 | REPLY to Response to Motion re 185 Plaintiff's MOTION to Exclude the Expert Report, Opinions and Testimony of Karen Garner filed by Anna Miller. (Amron, Brett) Modified Text on 1/25/2017 (ls). (Entered: 01/24/2017) |
| 01/24/2017 | 213 | REPLY to Response to Motion re 184 Plaintiff's MOTION to Exclude the Expert Report, Opinions and Testimony of Margaret Burns filed by Anna Miller. (Amron, Brett) Modified Text on 1/25/2017 (ls). (Entered: 01/24/2017) |
| 01/30/2017 | 214 | NOTICE OF UNAVAILABILITY by Anna Miller for dates of February 17, 2017 through February 20, 2017 and April 3, 2017 through April 6, 2017 (Amron, Brett) (Entered: 01/30/2017) |
| 02/02/2017 | 215 | Defendant's MOTION in Limine *to Exclude Newspaper Articles, Television Broadcasts and other Media Publications Concerning Wells Fargo* by Wells Fargo Bank, N.A.. (Holladay-Tobias, Sara) (Entered: 02/02/2017) |
| 02/02/2017 | 216 | Defendant's MOTION in Limine *to Exclude HUD Office of Inspector General Audit Reports Relating to Loan Origination* by Wells Fargo Bank, N.A.. (Holladay-Tobias, Sara) (Entered: 02/02/2017) |
| 02/02/2017 | 217 | Defendant's MOTION in Limine *to Exclude Evidence from Unauthenticated Third-Party Website* by Wells Fargo Bank, N.A.. (Holladay-Tobias, Sara) (Entered: 02/02/2017) |
| 02/03/2017 | 218 | Plaintiff's MOTION in Limine *to Exclude Evidence of Alleged Remittance of Prepayment Interest* by Anna Miller. (Amron, Brett) (Entered: 02/03/2017) |
| 02/03/2017 | 219 | Plaintiff's MOTION in Limine *to Exclude Reviews* by Anna Miller. (Attachments: # 1 Exhibit 1)(Amron, Brett) (Entered: 02/03/2017) |
| 02/03/2017 | 220 | Plaintiff's MOTION in Limine *Regarding Attorney Letter* by Anna Miller. (Attachments: # 1 Exhibit 1)(Amron, Brett) (Entered: 02/03/2017) |
| 02/03/2017 | 221 | Plaintiff's MOTION in Limine *to Exclude FOIA Response Letter* by Anna Miller. (Attachments: # 1 Exhibit 1)(Amron, Brett) (Entered: 02/03/2017) |
| 02/03/2017 | 222 | Plaintiff's MOTION in Limine *to Exclude Irrelevant Evidence About the FHA Approval Process* by Anna Miller. (Amron, Brett) (Entered: 02/03/2017) |

| 02/03/2017 | 223 | Image Removed pursuant to 231 Denying 224 Motion to Seal (Main Document 223 replaced on 2/8/2017) (nc). Modified docket text on 2/8/2017 (nc). (Entered: 02/03/2017) |
|---|---|---|
| 02/03/2017 | 224 | Plaintiff's MOTION to Seal per Local Rule 5.4 by Anna Miller. (Attachments: # 1 Exhibit A - Order on Motion to File Under Seal) (Amron, Brett) (Entered: 02/03/2017) |
| 02/03/2017 | 225 | Supplemental Brief In Support of Plaintiff's Request for Judicial Notice to 180 MOTION for the Court to take Judicial Notice in Support of her and the Class's Motion for Summary Judgment [D.E. 176, 179] re 179 Plaintiff's MOTION for Summary Judgment 's Statement of Undisputed Facts by Anna Miller. (Attachments: # 1 Exhibit 1)(Amron, Brett) (Entered: 02/03/2017) |
| 02/03/2017 | 226 | RESPONSE to Motion re 217 Defendant's MOTION in Limine to Exclude Evidence from Unauthenticated Third-Party Website filed by Anna Miller. Replies due by 2/10/2017. (Attachments: # 1 Exhibit 1)(Amron, Brett) (Entered: 02/03/2017) |
| 02/03/2017 | 227 | MOTION in Limine to Exclude Irrelevant Email Correspondence, with Incorporated Memorandum of Law by Wells Fargo Bank, N.A.. (Holladay-Tobias, Sara) (Entered: 02/03/2017) |
| 02/03/2017 | 228 | MOTION in Limine to Prohibit Mischaracterization of Irrelevant Portions of HUD Handbook 4330.1, with Incorporated Memorandum of Law by Wells Fargo Bank, N.A.. (Holladay-Tobias, Sara) (Entered: 02/03/2017) |
| 02/03/2017 | 229 | MOTION in Limine to Preclude Plaintiff from Offering Legal Interpretations in Opening Statement, with Incorporated Memorandum of Law by Wells Fargo Bank, N.A.. (Holladay-Tobias, Sara) (Entered: 02/03/2017) |
| 02/03/2017 | 230 | MOTION in Limine to Exclude Reference to Settlements and Other Litigation, with Incorporated Memorandum of Law by Wells Fargo Bank, N.A.. (Holladay-Tobias, Sara) (Entered: 02/03/2017) |
| 02/08/2017 | 231 | ORDER 224 Motion to File Under Seal is DENIED. The Clerk of Court SHALL remove from CM/ECF 223 . It is further ORDERED that Plaintiff SHALL publicly file the Motion In Limine no later than Wednesday, February 8, 2017. Signed by Judge Ursula Ungaro on 2/6/2017. (See Order for full details) (nc) (Entered: 02/08/2017) |
| 02/08/2017 | 232 | Unopposed MOTION in Limine To Exclude Evidence Regarding Plaintiff by Anna Miller. (Amron, Brett) (Entered: 02/08/2017) |
| 02/08/2017 | 233 | CLERK'S NOTICE of Compliance pursuant to 231 Order. (nc) (Entered: 02/08/2017) |
| 02/10/2017 | 234 | REPLY to Response to Motion re 217 Defendant's MOTION in Limine to Exclude Evidence from Unauthenticated Third-Party Website filed by Wells Fargo Bank, N.A.. (Attachments: # 1 Exhibit A)(Holladay-Tobias, Sara) Modified Text on 2/13/2017 (ls). (Entered: 02/10/2017) |
| 02/10/2017 | 235 | MOTION to Stay Further Pretrial and Trial Proceedings Pending Rulings on Motion for Class Certification and Cross-Motions for Summary Judgment, or, in the Alternative Motion for Leave to Amend Jury Instructions, Verdict Form, Pretrial Stipulation, Exhibit List, and Witness List if Class is Certified by Wells Fargo Bank, N.A.. Responses due by 2/24/2017 (Holladay-Tobias, Sara) (Entered: 02/10/2017) |
| 02/10/2017 | 236 | MOTION to Bifurcate Trial Proceedings by Wells Fargo Bank, N.A.. Responses due by 2/24/2017 (Holladay-Tobias, Sara) (Entered: 02/10/2017) |
| 02/10/2017 | 237 | NOTICE by Anna Miller re 221 Plaintiff's MOTION in Limine to Exclude FOIA Response Letter, 222 Plaintiff's MOTION in Limine to Exclude Irrelevant Evidence |

| | | *About the FHA Approval Process (of Amendment of Certificates of Conferral to Contested Motions)* (Amron, Brett) (Entered: 02/10/2017) |
|---|---|---|
| 02/10/2017 | 238 | PRETRIAL STIPULATION *(JOINT)* by Anna Miller (Attachments: # 1 Exhibit A - Combine Exhibit List, # 2 Exhibit B - Plaintiff's Deposition Designation, # 3 Exhibit C (Composite) - Plaintiff's & Defendant's Witness Lists)(Amron, Brett) (Entered: 02/10/2017) |
| 02/10/2017 | 239 | Proposed Jury Instructions by Anna Miller. (Amron, Brett) (Entered: 02/10/2017) |
| 02/10/2017 | 240 | NOTICE by Anna Miller *of Filing Proposed Verdict Forms* (Amron, Brett) Modified Text on 2/13/2017 (ls). (Entered: 02/10/2017) |
| 02/13/2017 | 241 | RESPONSE to Motion re 235 MOTION to Stay *Further Pretrial and Trial Proceedings Pending Rulings on Motion for Class Certification and Cross-Motions for Summary Judgment, or, in the Alternative Motion for Leave to Amend Jury Instructions, Verdict Form, Pretrial Stipulation filed by Anna Miller. Replies due by 2/21/2017. (Amron, Brett) (Entered: 02/13/2017)* |
| 02/13/2017 | 242 | Unopposed MOTION to Continue *Trial Date* by Anna Miller. Responses due by 2/27/2017 (Attachments: # 1 Exhibit 1)(Amron, Brett) Modified Text on 2/14/2017 (ls). (Entered: 02/13/2017) |
| 02/16/2017 | 243 | RESPONSE to Motion re 215 Defendant's MOTION in Limine *to Exclude Newspaper Articles, Television Broadcasts and other Media Publications Concerning Wells Fargo* filed by Anna Miller. Replies due by 2/23/2017. (Amron, Brett) (Entered: 02/16/2017) |
| 02/16/2017 | 244 | RESPONSE to Motion re 216 Defendant's MOTION in Limine *to Exclude HUD Office of Inspector General Audit Reports Relating to Loan Origination* filed by Anna Miller. Replies due by 2/23/2017. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Amron, Brett) (Entered: 02/16/2017) |
| 02/16/2017 | 245 | RESPONSE in Opposition re 228 MOTION in Limine *to Prohibit Mischaracterization of Irrelevant Portions of HUD Handbook 4330.1, with Incorporated Memorandum of Law* filed by Anna Miller. Replies due by 2/23/2017. (Amron, Brett) (Entered: 02/16/2017) |
| 02/16/2017 | 246 | RESPONSE to Motion re 230 MOTION in Limine *to Exclude Reference to Settlements and Other Litigation, with Incorporated Memorandum of Law* filed by Anna Miller. Replies due by 2/23/2017. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Amron, Brett) (Entered: 02/16/2017) |
| 02/16/2017 | 247 | RESPONSE to Motion re 227 MOTION in Limine *to Exclude Irrelevant Email Correspondence, with Incorporated Memorandum of Law* filed by Anna Miller. Replies due by 2/23/2017. (Attachments: # 1 Exhibit 1)(Amron, Brett) (Entered: 02/16/2017) |
| 02/16/2017 | | SYSTEM ENTRY - Docket Entry 248 [misc] restricted/sealed until further notice. (809048) (Entered: 02/16/2017) |
| 02/16/2017 | 249 | Plaintiff's MOTION to Seal *and for Leave to File Redacted Response* per Local Rule 5.4 by Anna Miller. (Attachments: # 1 Exhibit A - Order on Motion to Seal and for Leave to File Redacted Response) (Amron, Brett) (Entered: 02/16/2017) |
| 02/17/2017 | 250 | RESPONSE in Opposition re 229 MOTION in Limine *to Preclude Plaintiff from Offering Legal Interpretations in Opening Statement, with Incorporated Memorandum of Law* filed by Anna Miller. Replies due by 2/24/2017. (Amron, Brett) (Entered: 02/17/2017) |
| 02/17/2017 | 251 | RESPONSE *Wells Fargo Bank, N.A.'s Objections to Plaintiff's Witness List* by Wells Fargo Bank, N.A.. (Holladay-Tobias, Sara) (Entered: 02/17/2017) |

| 02/17/2017 | 252 | RESPONSE in Opposition re 221 Plaintiff's MOTION in Limine *to Exclude FOIA Response Letter* filed by Wells Fargo Bank, N.A.. Replies due by 2/24/2017. (Holladay-Tobias, Sara) Modified Text on 2/21/2017 (ls). (Entered: 02/17/2017) |
| 02/17/2017 | 253 | RESPONSE in Opposition re 219 Plaintiff's MOTION in Limine *to Exclude Reviews* filed by Wells Fargo Bank, N.A.. Replies due by 2/24/2017. (Holladay-Tobias, Sara) Modified Text on 2/21/2017 (ls). (Entered: 02/17/2017) |
| 02/17/2017 | 254 | RESPONSE in Opposition re 222 Plaintiff's MOTION in Limine *to Exclude Irrelevant Evidence About the FHA Approval Process* filed by Wells Fargo Bank, N.A.. Replies due by 2/24/2017. (Attachments: # 1 Exhibit A Excerpts from Deposition of Jody Leo, # 2 Exhibit B Excerpts from Deposition of Nicholas Fasois)(Holladay-Tobias, Sara) Modified Text on 2/21/2017 (ls). (Entered: 02/17/2017) |
| 02/17/2017 | 255 | RESPONSE in Opposition re 218 Plaintiff's MOTION in Limine *to Exclude Evidence of Alleged Remittance of Prepayment Interest* filed by Wells Fargo Bank, N.A.. Replies due by 2/24/2017. (Holladay-Tobias, Sara) Modified Text on 2/21/2017 (ls). (Entered: 02/17/2017) |
| 02/20/2017 | 256 | RESPONSE in Opposition re 220 Plaintiff's MOTION in Limine *Regarding Attorney Letter* filed by Wells Fargo Bank, N.A.. Replies due by 2/27/2017. (Holladay-Tobias, Sara) Modified Text on 2/21/2017 (ls). (Entered: 02/20/2017) |
| 02/20/2017 | 257 | Defendant's MOTION for Extension of Time to File Response/Reply/Answer as to 220 Plaintiff's MOTION in Limine *Regarding Attorney Letter* ( Responses due by 3/6/2017), Defendant's MOTION to Deem Response Timely Filed re 256 Response in Opposition to Motion by Wells Fargo Bank, N.A.. (Attachments: # 1 Exhibit A Declaration of Sara F. Holladay-Tobias, # 2 Exhibit B Proposed Order)(Holladay-Tobias, Sara) Modified Relief on 2/22/2017 (ls). (Entered: 02/20/2017) |
| 02/21/2017 | 258 | ORDER Granting 249 Motion to Seal and for Leave to File Redacted Response. Plaintiff SHALL file its sealed Response no later than Wednesday, February 22, 2017. Signed by Judge Ursula Ungaro on 2/18/2017. (See Order for full details) (nc) (Entered: 02/21/2017) |
| 02/21/2017 | 259 | RESPONSE in Support re 235 MOTION to Stay *Further Pretrial and Trial Proceedings Pending Rulings on Motion for Class Certification and Cross-Motions for Summary Judgment, or, in the Alternative Motion for Leave to Amend Jury Instructions, Verdict Form, Pretrial Stipulation* filed by Wells Fargo Bank, N.A.. (Attachments: # 1 Exhibit A Declaration of Sara F. Holladay-Tobias)(Holladay-Tobias, Sara) Modified Text on 2/22/2017 (ls). (Entered: 02/21/2017) |
| 02/21/2017 | 261 | ORDER granting 257 Motion for Extension of Time to File Response; granting 257 Motion to Deem Response Timely Filed. Signed by Judge Ursula Ungaro on 2/21/2017. (ls) (Entered: 02/22/2017) |
| 02/21/2017 | 263 | REPLY to Response to Motion re 235 MOTION to Stay *Further Pretrial and Trial Proceedings Pending Rulings on Motion for Class Certification and Cross-Motions for Summary Judgment, or, in the Alternative Motion for Leave to Amend Jury Instructions, Verdict Form, Pretrial Stipulation* filed by Wells Fargo Bank, N.A.. (ls)(See Image at DE #259) (Entered: 02/22/2017) |
| 02/22/2017 | 260 | Clerks Notice to Filer re 257 Defendant's MOTION for Extension of Time 3 day extension of time to file a response to Plaintiff's Motion In Limine Regarding Attorney Letter *Defendant's Motion for Extension of Time and Motion to Deem Response Timely Filed* re [Defendant's MOTION Wells Fargo's Response in Opposition to Plaintiff's Motion In Limine Regarding Attorney Letter DE# 256 is deemed timely filed. re 220 Plaintiff's MOTION in Limine *Regarding Attorney Letter* <i. **Wrong Motion Relief(s)** |

| | | |
|---|---|---|
| | | Selected; ERROR - The Filer selected the wrong motion relief(s) when docketing the motion. The correction was made by the Clerk. It is not necessary to refile this document but future motions filed must include applicable reliefs. (ls) (Entered: 02/22/2017) |
| 02/22/2017 | | SYSTEM ENTRY - Docket Entry 262 [misc] restricted/sealed until further notice. (809048) (Entered: 02/22/2017) |
| 02/22/2017 | 264 | Clerks Notice to Filer re 259 Response in Support of Motion,,,. **Wrong Event Selected**; ERROR - The Filer selected the wrong event. The document was re-docketed by the Clerk, see [de#263]. It is not necessary to refile this document. (ls) (Entered: 02/22/2017) |
| 02/22/2017 | 265 | ORDER denying 165 Motion to Certify Class. Signed by Judge Ursula Ungaro on 2/22/2017. (jt00) (Entered: 02/22/2017) |
| 02/22/2017 | 266 | ORDER Setting Status Conference: Status Conference set for 2/28/2017 10:30 AM in Miami Division before Judge Ursula Ungaro. Signed by Judge Ursula Ungaro on 2/22/2017. (yha) (Entered: 02/22/2017) |
| 02/23/2017 | 267 | REPLY to Response to Motion re 230 MOTION in Limine *to Exclude Reference to Settlements and Other Litigation, with Incorporated Memorandum of Law* filed by Wells Fargo Bank, N.A.. (Holladay-Tobias, Sara) Modified Text on 2/24/2017 (ls). (Entered: 02/23/2017) |
| 02/23/2017 | 268 | REPLY to Response to Motion re 215 Defendant's MOTION in Limine *to Exclude Newspaper Articles, Television Broadcasts and other Media Publications Concerning Wells Fargo* filed by Wells Fargo Bank, N.A.. (Attachments: # 1 Exhibit A Guidelines on the Provision of Information to the News Media (January 2017))(Holladay-Tobias, Sara) Modified Text on 2/24/2017 (ls). (Entered: 02/23/2017) |
| 02/23/2017 | 269 | REPLY to Response to Motion re 227 MOTION in Limine *to Exclude Irrelevant Email Correspondence, with Incorporated Memorandum of Law* filed by Wells Fargo Bank, N.A.. (Holladay-Tobias, Sara) Modified Text on 2/24/2017 (ls). (Entered: 02/23/2017) |
| 02/23/2017 | 270 | REPLY to Response to Motion re 228 MOTION in Limine *to Prohibit Mischaracterization of Irrelevant Portions of HUD Handbook 4330.1, with Incorporated Memorandum of Law* filed by Wells Fargo Bank, N.A.. (Attachments: # 1 Exhibit A Mortgagee Letter 91-40, # 2 Exhibit B Mortgagee Letter 91-32)(Holladay-Tobias, Sara) Modified Text on 2/24/2017 (ls). (Entered: 02/23/2017) |
| 02/23/2017 | 271 | REPLY to Response to Motion re 216 Defendant's MOTION in Limine *to Exclude HUD Office of Inspector General Audit Reports Relating to Loan Origination* filed by Wells Fargo Bank, N.A.. (Attachments: # 1 Exhibit A Excerpts from Videotaped Deposition of Karen Garner, # 2 Exhibit B Excerpts from Videotaped Deposition of Nicholas Fasois) (Holladay-Tobias, Sara) Modified Text on 2/24/2017 (ls). (Entered: 02/23/2017) |
| 02/23/2017 | 272 | REPLY to Response to Motion re 229 MOTION in Limine *to Preclude Plaintiff from Offering Legal Interpretations in Opening Statement, with Incorporated Memorandum of Law* filed by Wells Fargo Bank, N.A.. (Holladay-Tobias, Sara) Modified Text on 2/24/2017 (ls). (Entered: 02/23/2017) |
| 02/24/2017 | 273 | REPLY to Response to Motion re 218 Plaintiff's MOTION in Limine *to Exclude Evidence of Alleged Remittance of Prepayment Interest* filed by Anna Miller. (Amron, Brett) (Entered: 02/24/2017) |
| 02/24/2017 | 274 | REPLY to Response to Motion re 219 Plaintiff's MOTION in Limine *to Exclude Reviews* filed by Anna Miller. (Amron, Brett) (Entered: 02/24/2017) |
| 02/24/2017 | 275 | REPLY to Response to Motion re 220 Plaintiff's MOTION in Limine *Regarding Attorney Letter* filed by Anna Miller. (Amron, Brett) (Entered: 02/24/2017) |

| 02/24/2017 | 276 | REPLY to Response to Motion re 221 Plaintiff's MOTION in Limine *to Exclude FOIA Response Letter* filed by Anna Miller. (Amron, Brett) (Entered: 02/24/2017) |
| 02/24/2017 | 277 | REPLY to Response to Motion re 222 Plaintiff's MOTION in Limine *to Exclude Irrelevant Evidence About the FHA Approval Process* filed by Anna Miller. (Amron, Brett) (Entered: 02/24/2017) |
| 02/24/2017 | 278 | RESPONSE in Opposition re 236 MOTION to Bifurcate *Trial Proceedings* filed by Anna Miller. Replies due by 3/3/2017. (Amron, Brett) (Entered: 02/24/2017) |
| 02/24/2017 | 279 | Opposition to 251 Response/Reply (Other) *Defendant's Objections to Plaintiff's Witness List* by Anna Miller. (Attachments: # 1 Exhibit 1)(Amron, Brett) (Entered: 02/24/2017) |
| 02/24/2017 | 280 | Plaintiff's MOTION to Seal *Opposition and for Leave to file Redacted Opposition to Defendant's Objections to Plaintiff's Witness List* per Local Rule 5.4 by Anna Miller. (Attachments: # 1 Exhibit A - Order Granting Motion to File Opposition Under Seal and for Leave to file Redacted Opposition) (Amron, Brett) (Entered: 02/24/2017) |
| 02/24/2017 | 281 | ORDER Setting Status Conference: Status Conference HEREBY RESET for 3/1/2017 11:00 AM in Miami Division before Judge Ursula Ungaro. Signed by Judge Ursula Ungaro on 3/1/2017. (jt00) (Entered: 02/24/2017) |
| 03/01/2017 | 282 | Minute Entry for proceedings held before Judge Ursula Ungaro: Status Conference held on 3/1/2017. 30 min Court Reporter: William Romanishin, 305-523-5558 / Bill_Romanishin@flsd.uscourts.gov. (kh) (Entered: 03/01/2017) |
| 03/02/2017 | 283 | Notice of Court Practice upon Notice of Settlement; Parties papers related to Settlement due 3/31/2017. Signed by Judge Ursula Ungaro on 3/2/2017. (ls) (Entered: 03/02/2017) |
| 03/02/2017 | 284 | Administrative Order Closing Case. Signed by Judge Ursula Ungaro on 3/2/2017. (ls) **NOTICE: If there are sealed documents in this case, they may be unsealed after 1 year or as directed by Court Order, unless they have been designated to be permanently sealed. See Local Rule 5.4 and Administrative Order 2014-69.** (Entered: 03/02/2017) |
| 03/17/2017 | 285 | STIPULATION of Dismissal *with Prejudice* by Anna Miller (Amron, Brett) (Entered: 03/17/2017) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 10/02/2018 15:45:34 | | |
| **PACER Login:** | ehdhlawfirm:4952771:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:16-cv-21145-UU |
| **Billable Pages:** | 28 | **Cost:** | 2.80 |

# EXHIBIT 2

# LAFFEY MATRIX

History

Case Law

Expert Opinions

See the Matrix

Contact us

Home

Links

|  |  | Paralegal/ Law Clerk | Years Out of Law School * | | | | |
|---|---|---|---|---|---|---|---|
| Year | Adjustmt Factor** | | 1-3 | 4-7 | 8-10 | 11-19 | 20 + |
| 6/01/18- 5/31/19 | 1.0350 | $202 | $371 | $455 | $658 | $742 | $894 |
| 6/01/17- 5/31/18 | 1.0463 | $196 | $359 | $440 | $636 | $717 | $864 |
| 6/01/16- 5/31/17 | 1.0369 | $187 | $343 | $421 | $608 | $685 | $826 |
| 6/01/15- 5/31/16 | 1.0089 | $180 | $331 | $406 | $586 | $661 | $796 |
| 6/01/14- 5/31/15 | 1.0235 | $179 | $328 | $402 | $581 | $655 | $789 |
| 6/01/13- 5/31/14 | 1.0244 | $175 | $320 | $393 | $567 | $640 | $771 |
| 6/01/12- 5/31/13 | 1.0258 | $170 | $312 | $383 | $554 | $625 | $753 |
| 6/01/11- 5/31/12 | 1.0352 | $166 | $305 | $374 | $540 | $609 | $734 |
| 6/01/10- 5/31/11 | 1.0337 | $161 | $294 | $361 | $522 | $589 | $709 |
| 6/01/09- 5/31/10 | 1.0220 | $155 | $285 | $349 | $505 | $569 | $686 |
| 6/01/08- 5/31/09 | 1.0399 | $152 | $279 | $342 | $494 | $557 | $671 |
| 6/01/07-5/31/08 | 1.0516 | $146 | $268 | $329 | $475 | $536 | $645 |
| 6/01/06-5/31/07 | 1.0256 | $139 | $255 | $313 | $452 | $509 | $614 |
| 6/1/05-5/31/06 | 1.0427 | $136 | $249 | $305 | $441 | $497 | $598 |
| 6/1/04-5/31/05 | 1.0455 | $130 | $239 | $293 | $423 | $476 | $574 |
| 6/1/03-6/1/04 | 1.0507 | $124 | $228 | $280 | $405 | $456 | $549 |
| 6/1/02-5/31/03 | 1.0727 | $118 | $217 | $267 | $385 | $434 | $522 |
| 6/1/01-5/31/02 | 1.0407 | $110 | $203 | $249 | $359 | $404 | $487 |
| 6/1/00-5/31/01 | 1.0529 | $106 | $195 | $239 | $345 | $388 | $468 |
| 6/1/99-5/31/00 | 1.0491 | $101 | $185 | $227 | $328 | $369 | $444 |
| 6/1/98-5/31/99 | 1.0439 | $96 | $176 | $216 | $312 | $352 | $424 |
| 6/1/97-5/31/98 | 1.0419 | $92 | $169 | $207 | $299 | $337 | $406 |
| 6/1/96-5/31/97 | 1.0396 | $88 | $162 | $198 | $287 | $323 | $389 |
| 6/1/95-5/31/96 | 1.032 | $85 | $155 | $191 | $276 | $311 | $375 |

| 6/1/94-5/31/95 | 1.0237 | $82 | $151 | $185 | $267 | $301 | $363 |

The methodology of calculation and benchmarking for this Updated Laffey Matrix has been approved in a number of cases. See, e.g., McDowell v. District of Columbia, Civ. A. No. 00-594 (RCL), LEXSEE 2001 U.S. Dist. LEXIS 8114 (D.D.C. June 4, 2001); Salazar v. Dist. of Col., 123 F.Supp.2d 8 (D.D.C. 2000).

* "Years Out of Law School" is calculated from June 1 of each year, when most law students graduate. "1-3" includes an attorney in his 1st, 2nd and 3rd years of practice, measured from date of graduation (June 1). "4-7" applies to attorneys in their 4th, 5th, 6th and 7th years of practice. An attorney who graduated in May 1996 would be in tier "1-3" from June 1, 1996 until May 31, 1999, would move into tier "4-7" on June 1, 1999, and tier "8-10" on June 1, 2003.

** The Adjustment Factor refers to the nation-wide Legal Services Component of the Consumer Price Index produced by the Bureau of Labor Statistics of the United States Department of Labor.

# EXHIBIT 3

# CO-COUNSEL AGREEMENT

The purpose of this Co-Counsel Agreement (the Agreement), entered into as of the 1ᴸ day of May, 2017, is to memorialize the agreements among counsel relating to claims of Vana Fowler ("Fowler") and any other clients retaining Counsel to pursue claims for recovery of post-payment interest (together "Clients") against Wells Fargo Bank, N.A.

## 1.     Purpose of the Representation

The law firms of Epps, Holloway, DeLoach & Hoipkemier, LLC ("EHDH") and Robins Kaplan LLP ("Robins Kaplan") and Turke & Strauss LLP ("Turke & Strauss") seek to serve as co-counsel in one or more actions seeking to recover fair compensation on behalf of a class or classes of individuals who have improperly been charged post-payment interest by Wells Fargo. Throughout this Agreement, "Counsel" refers to EHDH, Robins Kaplan, and Turke & Strauss.

EHDH and Robins Kaplan are co-counsel in a civil action on behalf of Fowler pending in the Northern District of California (CAFN:3:17-cv-02092) asserting claims against Wells Fargo under California state law.  Counsel have been engaged to represent Polce and/or Copeland in a related action asserting claims against Wells Fargo under Florida state law.  Counsel intend to file additional actions against Wells Fargo asserting claims to recover improper post-payment interest charges that will be covered under the same terms in this agreement.

## 2.     Responsibility of Counsel and Division of Labor

All Counsel shall remain at all times responsible to Clients and will advance the best interests of Clients and the parallel objectives of class representation.  It is Counsel's desire and intention that EHDH and Robins Kaplan shall serve as co-lead counsel and will coordinate the work to be done, and that Turke & Strauss will serve as primary contact as to class representatives that engage Turke & Strauss.  Counsel anticipate that the work will be approximately divided

1

among the firms as follows: 60% to EHDH and 30% to Robins Kaplan and 10% to Turke & Strauss.  Counsel pledge to work in good faith with one another in the orderly prosecution of the case.

**3.     Expenses of Litigation**

The prosecution of the Action is likely to entail significant expense, including internal expense by Counsel for services provided by Counsel (*e.g.,* in-house photocopying, long distance telephone charges, delivery/courier services, travel and lodging of attorneys and staff, and expenses of computerized legal research) ("Internal Expenses") and external disbursements to advance Class objectives (*e.g.,* court costs, fees and expenses of consulting and testifying experts, court reporters, videographers, and related deposition and transcript costs, document reproduction, coding and organization services, investigative services, jury consultants, costs of photography, exhibits, graphic design and other media used to present or illuminate evidence or argument, and other expenses of communication) ("External Expenses").  "External Expenses" shall include all such disbursements agreed by Counsel to be paid to third parties to advance Class objectives, except travel expenses of Counsel, which shall be treated as an Internal Expense.

Except as specifically provided in the Retention Agreements or as required by applicable professional and disciplinary standards and applicable law, Client shall have no obligation to pay any litigation expenses.  Counsel shall, to the full extent permissible under applicable professional and disciplinary standards, provide the "Litigation Funding" by advancing Internal Expenses and External Expenses and looking to the prospect of a recovery in the Action for reimbursement.  The parties agree that decision making on expenses shall be made by Counsel pursuant to the following procedures.

(a)     **The Litigation Funding**

2

Counsel shall mutually work on and fund the litigation of the Action.  The Litigation Funding shall be provided as follows:

(1)     Upon execution of this Agreement, Counsel will each be responsible for funding their own "Internal Expenses."

(2)     On the sixtieth (60th) day after execution of this Agreement, and at each sixty (60) day interval thereafter until conclusion of the Action, EHDH and Robins Kaplan will each account to the others for "External Expenses" incurred during the prosecution of the case.  Counsel shall be responsible for External Expenses as follows: 66 2/3% to EHDH and 33 1/3% to Robins Kaplan.

(3)     The External Expenses shall be disbursed directly to third parties to whom External Expenses are owed or to Counsel to reimburse Counsel for External Expenses actually paid by that firm.  Each Counsel firm is responsible for accounting records of External Expenses approved and Internal Expenses incurred for prosecution of the case.

(4)     In the event that any party fails to remit timely its share of the "External Expenses" necessary to fund the case, simple interest shall accrue to the benefit of the party making timely payment on the arrearage at the rate of: (i) eight percent (8%) per annum; or (ii) the Fed Funds interest rate published in the Wall Street Journal on the date the deposit was due, plus two percent (2%), whichever is higher.

(b)     **Deduction of Expenses**

3

Subject to the approval and direction of the Court, if necessary, all reasonable Internal and External Expenses incurred by Counsel shall be deducted and reimbursed from the gross recovery obtained from the Action. Counsel will record and accrue Internal Expenses, for which reimbursement will be deferred until the Court's approval of reimbursement from a recovery of money from the Actions. In the event recovery in any of the Actions is insufficient to reimburse all expenses (plus any interest), the parties agree that reimbursement shall be made to Counsel pro rata as to expenses incurred and paid by Counsel.

4.      **Attorneys' Fees**

Counsel's work for the Class will be compensated, if at all, with the approval and at the direction of the Court and Counsel's work for the Clients on their individual claims will be compensated as set forth in the Retention Agreements.

(a)      **Division of Fees Among Counsel**

All attorneys' fees arising out of the Actions or any related action(s) prosecuted on behalf of the Class or its members, or any of them, including the individual claims of the Clients, shall be aggregated and paid and disbursed to Counsel as and when received as follows:

(i) **California Class and Contested Class Certification:** in consideration of client origination, work performed, expenses incurred and risk undertaken, EHDH shall receive sixty-six and two-third percent (66 2/3%) of the total gross fees and Robins Kaplan shall receive thirty-three and one-third percent (33 1/3%) of the total gross fees relating to the recovery for the California class or any state for which class certification is sought in a contested motion for class certification (as opposed as a motion to certify a settlement class).

4

(ii) **States Originated By Turke & Strauss:** With respect to any settlement, judgment, or recovery related to a state where a class representative was retained by Turke & Strauss, Turke & Strauss shall receive ten percent (10%) of the total gross fees related to each such state and EHDH's and Robins Kaplan's fee shares as set forth in this Agreement shall each be reduced proportionately. This provision is intended to cover state classes for which Turke & Strauss originated a client with a viable claim against Wells Fargo to recover post-payment interest. Filing of an action with a Turke & Strauss client is not a condition to application of this section. As of the date of this agreement, any recovery for a Florida class is covered under this section.

(iii) **Multi-State Resolution:** With respect to any multi-state settlement, judgment, or recovery that includes states for which there is no named class representative retained and the state is not included in a contested motion for class certification, EHDH shall receive eighty-five percent (85%) of the total gross fee recovered for each such state if a settlement is reached within six months from the date of this agreement, eighty percent (80%) of the total gross fee recovered for each such state if a settlement is reached between six months and one year from the date of this agreement, and seventy-five percent (75%) of the total gross fee recovered for each such state if a settlement is reached more than one year from the date of this agreement. For each such state, Robins Kaplan shall receive fifteen percent (15%) of the total gross fee recovered for each such state if a settlement is reached within six months from the date of this agreement, twenty percent (20%) of the total gross fee recovered for each such state if a settlement is reached between six months and one year from the date of this agreement, and twenty-five percent (25%) of the total gross fee recovered for each such state if a settlement is reached more than one year from

the date of this agreement.  If a multi-statement settlement is reached more than two years from the date of this agreement, Counsel agree to consider and discuss whether an equitable adjustment to the division of fees set forth in this paragraph is warranted in light of the recovery, lodestar, and any other relevant circumstances.

For purposes of this paragraph, work performed includes work performed prior to the date this agreement was executed.

### (b) Allocation of Gross Fees By State or Class

In the event that the gross recovery or fees recovered for each state included in a multi-state settlement with Wells Fargo are not specifically allocated by the parties in the settlement agreement or otherwise, the gross fees recovered by each state class for the purpose of section (a) above will be calculated as follows: the total post-payment interest collected from borrowers in the state divided by the total post-payment interest collected from borrowers in all states in the settlement.  The resulting percentage will then be multiplied by the gross settlement amount to determine the state settlement amount.  The state settlement amount will then be multiplied by the contingency fee percentage approved by the Court to determine the gross fees recovered by the state class.

In the event that EHDH or Robins Kaplan or Turke & Strauss is unable to continue acting as counsel in the Action or any of them for any reason, Counsel shall be entitled to attorneys' fees as follows: (a) if EHDH is unable to continue as counsel for any reason within 365 of the date the Action is filed, then EHDH is entitled to forty percent (40%) of the total gross fees recovered and a lodestar percentage of the remaining sixty percent (60%); (b) if EHDH is unable to continue as counsel for any reason after 365 days have passed since the date the Action is filed, then EHDH is entitled to fifty percent (50%) of the total gross fees recovered and a lodestar percentage of the

remaining fifty percent (50%); (c) if Robins Kaplan is unable to continue as counsel within 365 days of the date the Action is filed, then Robins Kaplan is entitled to fifteen percent (15%) of the total gross fees recovered and a lodestar percentage of the remaining eighty-five percent (85%); (d) if Robins Kaplan is unable to continue as counsel after 365 days have passed since the date the Action is filed, then Robins Kaplan is entitled to twenty-five percent (25%) of the total gross fees recovered and a lodestar percentage of the remaining seventy-five percent (75%); (e) if Turke & Strauss is unable to continue as counsel for any reason within 365 days of the date the Action is filed, then Turke & Strauss is entitled to five percent (5%) of the total gross fees recovered relating to any state classes for which it located a class representative; (d) if Turke & Strauss is unable to continue as counsel after 365 days have passed since the date the Action is filed, then Turke & Strauss is entitled to seven and one-half percent (7.5%) of the total gross fees recovered relating to any state classes for which it located a class representative. This provision shall only be invoked in good faith and not merely for convenience or financial advantage.

### (c) True Up

If Robins Kaplan's actual lodestar percentage is more than 10 percent greater or less than the agreed percentage of the total lodestar, then the fee division with EHDH will be adjusted accordingly so that each firm's share of the fee on filed cases does not vary more than 10 percent from its percentage contribution to the total lodestar. The adjustment to Robins Kaplan's share of the fee under this section is capped at fifty percent (50%) of the applicable recovery. This provision will not impact any fee due to Turke & Strauss or the fee division under Section 4(a)(iii).

5. **Periodic Accountings of Work and Expense**

The Internal Expense charge schedule and hourly rates applicable to the Actions for EHDH, Robins Kaplan and Turke & Strauss personnel are set forth on the schedule attached as Exhibit A. Counsel agree to share their lodestars among themselves on a monthly basis or as otherwise reasonably requested.

6. **Association of Additional Counsel**

Counsel shall have the option, on reasonable written notice to Clients, to associate additional counsel to assist in prosecuting the Actions. Counsel may employ associate counsel on an hourly basis and treat the cost as an External Expense or, on contingent fee terms provided, however, that association of additional counsel will not increase the total contingent fee set in the Client Retention Agreements. The association of any additional counsel shall not occur unless mutually agreed upon by all Counsel. The association of any additional counsel shall not modify of affect the allocation of gross fees recovered to EHDH, Robins Kaplan, and Turke & Strauss as provided by paragraph 4 of this Agreement unless each of these firms agrees to such modification by executing a written amendment to this Agreement.

7. **Dispute Resolution**

Any dispute arising under, out of the construction, interpretation, performance, or enforcement of this Agreement among Counsel, or any of them, shall be submitted to binding, confidential expedited arbitration by a sole arbitrator under the auspices of the American Arbitration Association and its Rules Governing Commercial Arbitration. The parties intend and agree that any arbitration hearing necessary under this provision be conducted within thirty (30) days of the inception of arbitration proceedings, completed within one business day, and decided without delay.

8.      **Claims by Former Counsel**

Robins Kaplan agrees that it shall be solely responsible for resolving any claim or right to fees related to the Action asserted by the firm formerly known as Ram, Olson, Cereghino & Kopczynski LLP and that any such claims shall not impact any fee or money due to EHDH or Turke & Strauss under this Agreement.

9.      **Miscellaneous**

This Agreement shall be binding upon and inure to the benefit of the parties and their representatives, successors and assigns.  This Agreement, with exhibits, constitutes the entire Agreement between these parties on the subject of the Actions and supersedes any and all prior agreement or understandings, written or oral, between these parties on this matter.  This Agreement is governed by and shall be construed according to the laws of the State of Georgia.

**COUNSEL**

_____          _____
ROBINS KAPLAN LLP                         DATE

_____          _____
EPPS, HOLLOWAY DELOACH                    DATE   5/16/17
& HOIPKEMIER, LLC

_____          _____
TURKE & STRAUSS LLP                       DATE

Page 9 of 10

**8.**   **Claims by Former Counsel**

Robins Kaplan agrees that it shall be solely responsible for resolving any claim or right to fees related to the Action asserted by the firm formerly known as Ram, Olson, Cereghino & Kopczynski LLP and that any such claims shall not impact any fee or money due to EHDH or Turke & Strauss under this Agreement.

**9.**   **Miscellaneous**

This Agreement shall be binding upon and inure to the benefit of the parties and their representatives, successors and assigns.  This Agreement, with exhibits, constitutes the entire Agreement between these parties on the subject of the Actions and supersedes any and all prior agreement or understandings, written or oral, between these parties on this matter.  This Agreement is governed by and shall be construed according to the laws of the State of Georgia.

**COUNSEL**

_____   _____
ROBINS KAPLAN LLP                  DATE  5/16/17

_____   _____
EPPS, HOLLOWAY DELOACH             DATE  5/16/17
& HOIPKEMIER, LLC

_____   _____
TURKE & STRAUSS LLP                DATE  5/17/17

**Page 9 of 10**

## **EXHIBIT A**

### **Hourly Rates**

**EHDH**

| | |
|---|---|
| Adam Hoipkemier | $550/hr |
| Jeffrey W. DeLoach | $550/hr |
| Kevin E. Epps | $550/hr |
| Associates | $450/hr |
| Paralegals | $150/hr |

**ROBINS KAPLAN LLP**

| | |
|---|---|
| Michael Ram | $850/hr |
| Susan Brown | $500/hr |

**TURKE & STRAUSS LLP**

| | |
|---|---|
| Sam Strauss | $450/hr |

### **Internal Expenses**

| | |
|---|---|
| FAXES: | No charge. |
| LONG DISTANCE: | No charge. |
| COPY: | $.10 per page (B&W); $.20 per page (color) |
| FEDEX/MAIL: | Actual out of pocket cost |
| AIRFARE: | Actual out of pocket cost |