Michael F. Ram (SBN 104805)
mram@robinskaplan.com
Susan S. Brown (SBN #287986)
sbrown@robinskaplan.com
ROBINS KAPLAN LLP
2440 West El Camino Real, Suite 100
Mountain View, CA 94040
Telephone:   650 784 4040
Facsimile:   650 784 4041

Kevin E. Epps (appearing *pro hac vice*)
kevin@ehdhlaw.com
Adam L. Hoipkemier (appearing *pro hac vice*)
adam@ehdhlaw.com
EPPS, HOLLOWAY, DELOACH &
HOIPKEMIER, LLC
1220 Langford Drive, Bldg. 200
Watkinsville, GA 30677

Samuel Strauss (appearing *pro hac vice*)
sam@turkestrauss.com
TURKE & STRAUSS LLP
613 Williamson Street, Suite 209
Madison, Wisconsin 53703-3515

*Attorneys for Plaintiffs and the Proposed Classes*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| VANA FOWLER and MICHAEL PETERS,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | NO. 4:17-cv-02092-HSG<br><br>**DECLARATION OF MICHAEL F. RAM IN SUPPORT OF MOTION FOR ATTORNEYS' FEES, EXPENSES, AND CLASS REPRESENTATIVE SERVICE AWARDS**<br><br>Date:   December 20, 2018<br>Time:   2:00 p.m.<br>Place:  Courtroom 2, 4th Floor<br><br>Honorable Haywood Gilliam, Jr. |

I, Michael F. Ram, declare as follows:

1. I am a partner with the law firm of Robins Kapan LLP, counsel of record for Plaintiffs in this matter. I am admitted to practice before this Court and am a member in good standing of the California State Bar. I make this declaration of my personal knowledge. I respectfully submit this declaration in support of Plaintiffs' Motion for Attorneys' Fees, Expenses, and Class Representative Service Awards.

2. Robins Kaplan is a nationwide law firm with offices throughout the country, including in Mountain View, California. It offers services in a wide range of practice areas. My own practice is devoted to consumer class actions, and has been for nearly thirty years.

3. In this action, I worked with my colleague, Susan S. Brown, who is counsel with Robins Kaplan.

**B.     Qualifications of Counsel**

4. I am a consumer class action lawyer with 36 years of experience at the trial and appellate levels. I graduated from Harvard Law School cum laude in 1982. Since 1982, I have focused my practice on complex litigation, and since the early 1990's, I have particularly focused on plaintiff-side class actions. I am admitted to practice before the Supreme Court of the United States and various state and federal courts.

5. Ms. Brown is also a consumer class action lawyer with eight years of experience prosecuting consumer class actions. She has successfully prosecuted numerous class actions in the financial services sector, including tax shelter fraud, payday lender class actions, and consumer banking services. She is a graduate of the University of Toronto Faculty of Law. She islicensed to practice in both California and Ontario, Canada and has expertise in cross-border class actions. Ms. Brown has also been named a Northern California Super Lawyers Rising Star (2015-2018).

6. Ms. Brown and I have secured tens of millions of dollars in recovery for class members.  No court has ever denied our adequacy as class counsel in any class action.

7.      Before opening my own firm, I practiced at Morrison & Foerster in San Francisco and then at Lieff, Cabraser, Heimann & Bernstein. Robins Kaplan, where I currently practice, has approximately 250 lawyers. Because I have practiced at small, mid-size, and large firms, and because I have devoted my practice to plaintiff-side class actions, I am very familiar with the prevailing hourly rates for lawyers in the San Francisco Bay Area. I established my rate and Ms. Brown's rate based on the prevailing market rates for attorneys of comparable skill and experience.

8.      The hourly rates sought in this matter are $850 for myself and $500 for Ms. Brown. These rates are, in my opinion, commensurate with the reasonable market value of our services, and even on the low side for the San Francisco Bay Area. The value of our services is reflected in the excellent result we secured for the class in this matter. Courts have approved similar rates for us in the past.

C.    **The Work Performed and Risks Assumed by Class Counsel**

9.      We have expended considerable time and effort vigorously litigating this case, including factual investigation, researching complex statutory and regulatory issues, propounding and answering discovery, successfully defeating a pleadings motion, and securing class certification and preliminary settlement approval. Class Counsel have collectively devoted thousands of attorney and paralegal hours to this matter, all of which is time that could have been spent on other matters.

10.     The time that we have spent on this case, and the funds we have advanced for litigation expenses, has been completely contingent on the outcome of the action. We have not been paid for any of the time spent on this matter to date.

D.    **Timekeeping and Lodestar Calculation**

11.     The regular practice at Robins Kaplan is for all attorneys and any staff whose time is billed to keep contemporaneous time records and describe tasks performed in 0.1 hour increments.

DECLARATION OF MICHAEL F. RAM IN SUPPORT OF MOTION FOR
ATTORNEYS' FEES, EXPENSES, AND CLASS REPRESENTATIVE SERVICE
AWARDS - 3
CASE NO. 4:17-CV-02092-HSG

12. I carefully reviewed my firm's internal time records and eliminated any duplicate work, time spent reviewing work, and time spent on other purely administrative tasks. I also deleted all time billed by attorneys and staff who contributed only minimal time to prosecuting the action.

13. In connection with the representation of Plaintiffs, the attorney and staff timekeepers at Robins Kaplan have billed a total of 1,100.60 hours through October 5, 2018. The hours reported were compiled from the firm's contemporaneous time records.

14. Robins Kaplan generated a current lodestar of $807,206.00 representing the Plaintiffs, as shown in the following chart, which is current as of October 5, 2018:

| Task | Time (hrs) | Lodestar |
| --- | --- | --- |
| Fact Investigation | 14.9 | $11,913 |
| Legal Research | 84.1 | $56,502.50 |
| Pleadings/Briefing/Motions | 559.6 | $409,447.50 |
| Discovery | 62.9 | $49,047 |
| Settlement/Class Certification | 379.1 | $280,295.50 |

15. In addition to professional time expended in the case, Robins Kaplan has incurred $21,526.00 in unreimbursed expenses in this case. The out-of-pocket litigation expenses incurred by Robins Kaplan are summarized below:

DECLARATION OF MICHAEL F. RAM IN SUPPORT OF MOTION FOR
ATTORNEYS' FEES, EXPENSES, AND CLASS REPRESENTATIVE SERVICE
AWARDS - 4
CASE NO. 4:17-CV-02092-HSG

| Category of Expense | Amount |
|---|---|
| Document copying | $227.82 |
| Cab fare and miscellaneous travel | $66.02 |
| Out of town travel (airfare, hotels) | $514.92 |
| Parking | $18.00 |
| Meals | $162.61 |
| Telephone charges | $121.58 |
| Filing fees | $620.00 |
| Process server and messenger | $103.00 |
| Legal research databases and PACER | $1,759.13 |
| Mediation | $10,367.00 |
| Data aggregation and mailing costs | $7,567.69 |
| **Total Expenses** | **$21,526.00** |

16. All of these expenses were reasonable and necessary for the prosecution of this litigation. The expenses incurred in connection with the litigation are reflected in the financial records of Robins Kaplan maintained by the firm's accounting department. The records are prepared from expense receipts and invoices maintained in the ordinary course of business by Robins Kaplan.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED at Mountain View, California, this 5th day of October, 2018.

   /s/ Michael F. Ram
Michael F. Ram

DECLARATION OF MICHAEL F. RAM IN SUPPORT OF MOTION FOR ATTORNEYS' FEES, EXPENSES, AND CLASS REPRESENTATIVE SERVICE AWARDS - 5
CASE NO. 4:17-CV-02092-HSG