Michael F. Ram (SBN 104805)
mram@robinskaplan.com
Susan S. Brown (SBN #287986)
sbrown@robinskaplan.com
ROBINS KAPLAN LLP
2440 West El Camino Real, Suite 100
Mountain View, CA 94040
Telephone:   650 784 4040
Facsimile:    650 784 4041

Kevin E. Epps (appearing *pro hac vice*)
kevin@ehdhlaw.com
Adam L. Hoipkemier (appearing *pro hac vice*)
adam@ehdhlaw.com
EPPS, HOLLOWAY, DELOACH &
HOIPKEMIER, LLC
1220 Langford Drive, Bldg. 200
Watkinsville, GA 30677

Samuel Strauss (appearing *pro hac vice*)
sam@turkestrauss.com
TURKE & STRAUSS LLP
613 Williamson Street, Suite 209
Madison, Wisconsin 53703-3515

*Attorneys for Plaintiffs and Settlement Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| VANA FOWLER and MICHAEL PETERS,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　　Defendant. | Case No. 4:17-CV-02092-HSG<br><br>**DECLARATION OF VANA FOWLER IN SUPPORT OF MOTION FOR ATTORNEYS' FEES, COSTS, AND FOR CLASS REPRESENTATIVE SERVICE AWARDS**<br><br>Date:　December 20, 2018<br>Time:　2:00 p.m.<br>Place:　Courtroom 2, 4th Floor<br><br>Judge: Hon. Haywood Gilliam, Jr. |

I, Vana Fowler, declare as follows:

1. I am a resident of Victorville, California. I make this Declaration of my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I am one of the plaintiffs in this class action.

3. I am making this Declaration in support of Plaintiffs' Motion for Attorneys' Fees, Costs, and for Class Representative Service Awards.

4. I am a member of the proposed class. I had an FHA mortgage held by Wells Fargo Bank, N.A. I understand now that I was charged post-payment interest when I prepaid the loan although I did not realize it at the time.

5. I understand that as a class representative I am obligated to protect the interests of all class members. I realize that my lawyers also have a responsibility to protect the interests of all class members. I know of no conflicts of interest among class members.

6. I have reviewed the Settlement Agreement and exhibits. I discussed these documents with my attorneys. I participated in the mediation as the settlement negotiations took place, as well as follow-up calls and emails with my attorneys. I approved the proposed Settlement Agreement because I believe it is fair, adequate, and reasonable and in the best interests of the class.

7. I have not been offered any preferential treatment to settle this dispute. I understand that under the proposed Settlement Agreement, Class Counsel may seek incentive payments or service awards for myself and the other two Class Representatives. I understand that the Court will have to approve any incentive payment and that there is no assurance that I will receive an incentive payment.

8. I assisted my attorneys in obtaining loan documents and responding to discovery, and reviewed correspondence and court filings to stay abreast of proceedings. I flew to San

Francisco and stayed overnight in order to attend the mediation in this case. I estimate that I spent between 40 and 50 hours on this case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, and that this Declaration was signed in Victorville, California, on October 2, 2018.

*/s/ Vana Fowler*
Vana Fowler

- 2 -

Declaration of Adam Hoipkemier in Support of Plaintiffs' Motion for Attorneys' Fees and Expenses and For Class Representative Service Awards

# CERTIFICATE OF SERVICE

I certify that, on October 5, 2018, I caused this Declaration of Vana Fowler in Support of Motion for Attorneys' Fees, Costs, and Incentive Awards to be filed using the CM/ECF system, which will provide electronic notification and service on the following counsel:

David Reidy
DReidy@mcguirewoods.com

K. Isaac deVyver
KdeVyver@mcguirewoods.com

Karla Johnson
KJohnson@mcguirewoods.com

Sara F. Holladay-Tobias
STobias@mcguirewoods.com

DATED: October 5, 2018

EPPS, HOLLOWAY, DELOACH
& HOIPKEMIER, LLC

By: /s/ Adam Hoipkemier
Adam Hoipkemier (SBN 745811)

1220 Langford Drive
Building 200-101
Watkinsville, GA 30677
Telephone: 706 508 4000
Facsimile: 706 842 6750
adam@ehdhlaw.com

*Attorneys for Plaintiffs and Settlement Class*

- 3 -

Declaration of Adam Hoipkemier in Support of Plaintiffs' Motion for Attorneys' Fees and Expenses and For Class Representative Service Awards