| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND DIVISION | |

| | |
|---|---|
| VANA FOWLER and MICHAEL PETERS, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>        Defendant. | CASE NO. 4:17-cv-02092-HSG<br><br>**FINAL JUDGMENT**<br><br>The Hon. Haywood S. Gilliam, Jr. |

Pursuant to the Court's Final Approval Order dated January 25, 2019, it is hereby **ORDERED** that final judgment in this matter is entered in accordance with the Final Approval Order and the Settlement it incorporates.

The Released Claims of all Settlement Class Members and all claims in the Action are hereby dismissed in their entirety with prejudice and without costs. Nothing herein waives or prejudices the rights of Class Members who have timely excluded themselves from the settlement. Only those Class Members listed in Exhibit A to this Final Judgment have submitted timely and valid requests for exclusion from the Settlement Class and are therefore not bound by this Final Judgment and the Final Approval Order.

The Court retains continuing jurisdiction over the Parties, the Action, and the Settlement for purposes of enforcing the Settlement and resolving disputes under the Settlement Agreement.

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

**IT IS SO ORDERED.**

1 | DATED: February 5, 2019          _____
2 |                                   THE HONORABLE HAYWOOD S. GILLIAM, JR.
  |                                   UNITED STATES DISTRICT JUDGE